**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____    Chapter ___**7**___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **E-MedMart, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **MedMart** **MyMedMart, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1476019** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **909 Willson Ave.** **Webster City, IA 50595** Number, Street, City, State & ZIP Code | **Box 215** **Webster City, IA 50595** P.O. Box, Number, Street, City, State & ZIP Code |
| **Hamilton** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **www.mymedmart.com**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **E-MedMart, Inc.**                                          Case number (*if known*)
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __4561__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check **all** that apply:*

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **E-MedMart, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **E-MedMart, Inc.** | Case number (*if known*) |
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **E-MedMart, Inc.** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black"> </td><td>**Request for Relief, Declaration, and Signatures**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  6, 2023**
MM / DD / YYYY

**X /s/ Maureen A. Seamonds**
Signature of authorized representative of debtor

**Maureen A. Seamonds**
Printed name

Title     **President**

---

**18. Signature of attorney**

**X /s/ Julie Johnson McLean**
Signature of attorney for debtor

Date     **June  6, 2023**
MM / DD / YYYY

**Julie Johnson McLean AT#0005185**
Printed name

**Dentons Davis Brown PC**
Firm name

**215 10th Street, Suite 1300
Des Moines, IA 50309**
Number, Street, City, State & ZIP Code

Contact phone     **515-288-2500**     Email address     **julie.mclean@dentons.com**

**AT#0005185 IA**
Bar number and State

Debtor    **E-MedMart, Inc.**                                                    Case number (*if known*) _____
          Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA
_____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

Debtor    **Home Health Solutions, Inc.**                    Relationship to you              **Parent Corporation**
District  **Northern District of Iowa**        When _____    Case number, if known

Debtor    **MyMedMart, Inc., aka MedMart and E-MedMart, Inc.**    Relationship to you          **Affiliate Sister
District  **Northern District of Iowa**        When _____    Case number, if known        Corporation**

---

**Fill in this information to identify the case:**

Debtor name    **E-MedMart, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2023**          X */s/ Maureen A. Seamonds*
                                          Signature of individual signing on behalf of debtor

                                          **Maureen A. Seamonds**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **E-MedMart, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $ _____ 119,996.70

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................   $ _____ 119,996.70

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____ 575,951.34

4.  Total liabilities .........................................................................................
    Lines 2 + 3a + 3b    $ _____ 575,951.34

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **E-MedMart, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Availa Bank - Home Health Solutions Inc. (as of 5-31-2023)** | **Checking** | **2234** | $342.94 |
| 3.2. | **Availa Bank - E-MedMart Inc. dba MyMedMart (as of 6-1-2023)** | **Checking** | **1643** | $1,649.13 |
| 3.3. | **Availa Bank - Home Health Solutions Inc. (as of 5-31-2023)** | **Checking** | **1561** | $106.86 |
| 3.4. | **Peoples Credit Union 310 1st Street, Webster City, IA 50595** | **Primary Share Account** | **4061** | $20.83 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $2,119.76 |
   |---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **E-MedMart, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **5,150.58**    -    **0.00**    =....    **$5,150.58**
face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **54,807.86**    -    **0.00**    =....    **$54,807.86**
face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$59,958.44**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies Medical Supplies Inventory List - See Exhibit A - plus Inventory of $1,835.21 Returned to Bird and Cronin, LLC - entitled to Refund in the amount of $-1,649.06 (less 15% Restock Fee and $120 Shipping)** | **March to May 2023** | **Unknown** | | **$57,918.50** |

23.    **Total of Part 5.**    **$57,918.50**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

Debtor    **E-MedMart, Inc.**_____    Case number *(If known)*_____
      Name

    ■ No
    ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**2 U Shaped Office Modular Desk Units 72"; 1 L Shaped Desk Unit 55"; Black Faux Leather Office Couch; 2 Black Faux Leather Office Chairs; 3 Office Chairs; Counter and 2 Stools; Counter** | **$800.00** | | **Unknown** |
| 40.  **Office fixtures**<br>**4 White Display Cases** | **$500.00** | | **Unknown** |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**LG CPU with 22' Acer Monitor; LG CPU with 22" Asus Monitor; LG CPU with 22" Asus Monitor (all computer equipment is older than 5 years); HP COMPAQ 8200 Elite CPU MXL143DQ40 (billing software) Windows 7 Pro 22" Monitor I - INC (older than 2 years) plus office equipment leased from Gordon Flesch Company, Inc.** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**                                                              **$0.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

| Debtor | **E-MedMart, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> www.mymedmart.com | Unknown | | Unknown |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** <br> Customer List | Unknown | | Unknown |
| 64.   **Other intangibles, or intellectual property** <br> Medicare Provider No. 1280840001-1861461741 <br> PTAN: 1280840001 <br> NPI: 186146741 | Unknown | | Unknown |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Debtor      **E-MedMart, Inc.**                                    Case number *(If known)* _____
            _____
            Name

    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **E-MedMart, Inc.**                                        Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,119.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $59,958.44 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $57,918.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $119,996.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $119,996.70 |

| ITEM NUMBER | ITEM DESCRIPTION | QUANTITY | RETAIL PRICE |
|---|---|---|---|
| B07Y3VRLG | CPAP Mask Wipes | 3 @8 | $24.00 |
| AGCE1000 | Nasal Moisturizer | 1 | $15.00 |
| 1070106 | Comfortgel Blue Med Flap & Gel Cushion | 2@18 | $36.00 |
| 1070041 | Comfortgel Blue Nasal Mask w/o headgear DOM | 1 - Large | $54.00 |
| 1070037 | Comfortgel Blue Nasal Mask with headgear | 1 - Large | $102.00 |
| 1070039 | Comfortgel Blue Nasal Mask with headgear | 2 - Small @102 | $204 |
| 1081800 | Small Comfortgel Blue Full | 3 @193 | $579.00 |
| 1090201 | Amara Gel FFM with RS headgear | 1 - Small | $174.00 |
| 1090401 | Amara Gel FFM with headgear | 2 - Small @ 174 | $348.00 |
| 1090406 | Amara Gel FFM with headgear | 2 - Large @ 170 | $340.00 |
| 1090494 | Amara Gel Cushion | 1 - Large | $72.00 |
| 1090492 | Amara Gel Cushion | 1 - Small | $72.00 |
| 1090493 | Amara Gel Cushion | 1- Medium | $72.00 |
| 1090623 | AmaraView Mask with headgear | 1 - Medium | $150.00 |
| 1090624 | AmaraView Mask with headgear | 2- Large @150 | $300.00 |
| 1094088 | Wisp Cushion | 3 - Large @ 36 | $108 |
| 1116747 | Dreamwear Frame | 1 - Large | $122.00 |
| 1112031 | Wisp Nasal Cushion | 2 - Xlarge @20 | $40.00 |
| 1133385 | Dreamwear FFM with headgear | 1 - Small | $116.00 |
| 1133387 | Dreamwear FFM with headgear | 2 - Large @116 | $232.00 |
| 1094051 | Wisp Nasal Mask/Headgear | 2 @ 112 | $224.00 |
| ESN25A | F&P Eson 2 | 1 | $26.00 |
| 400475 | F&P Simplus | 1 - Small | $120.00 |
| 400HC583 | F&P Simplus Headgear | 1 - Medium/Large | $80.00 |
| 400HC580 | F&P Simplus Seal | 1 - Medium | $32.00 |
| 16549 | Ultra Mirage II Nasal Mask with headgear | 1 - Large | $114.00 |
| 16334 | Mirage Micro Nasal Mask with headgear | 1 - Medium/Large | $114.00 |
| 16390 | Mirage Micro Cushion | 1 - Large | $38.00 |
| 16550 | Ultra Mirage II Nasal Mask with headgear Shallow | 1 | $114.00 |
| 61290 | Mirage QuaHro Cushion & Clip | 2 - XSML @ 52 | $104.00 |
| 61601 | Mirage Softgel Nasal Mask with headgear | 2 - Medium@82 | $164.00 |
| 61200 | Mirage Quattro FFM with headgear | 2 - XSML@ 5178 | $356 |
| 61203 | Mirage Quattro FFM with headgear | 1 - Large @178 | $178.00 |

| 63334 | Airfit F30i FFM/headgrear | 1 - Medium | $184.00 |
|---|---|---|---|
| 63330 | Airfit F30i FFM/headgrear | 2 - Small @184 | $368.00 |
| 63331 | Airfit F30i FFM/headgrear | 1 - Standard | $184.00 |
| 62200 | Swift FX Nano Nasal Mask/headgear | 1 - Standard | $114.00 |
| 62109 | Mirage FX Nasal Mask/headgear for her | 1 - Small | $114.00 |
| 62201 | Swift FX Nano Nasal Mask/headgear for her | 1- Small | $114.00 |
| 62737 | Quattro Air/Airfit F10 Cushion | 1 - Small | $62.00 |
| 63351 | Airfit F301 Cushion | 4 - Medium @54 | $216.00 |
| 64161 | Airfit F30 Headgear | 2 - Std @62 | $124.00 |
| 63164 | Airfit F10 Mask Headgear | 2 - Std @40 | $80.00 |
| 62703 | Quattro Air FFM with headgear | 2 - Large @196 | $392.00 |
| 62701 | Quattro Air FFM with headgear | 1- Small | $196.00 |
| 63903 | Airtouch N20 with headgear | 1 - Small | $112.00 |
| 63906 | Airtouch N20 with headgear | 1- Medium | $112.00 |
| 63902 | Airtouch N20 with headgear | 1- Large | $112.00 |
| 63000 | Airtouch F20 with headgear | 1- Small | $188.00 |
| 63023 | Airtouch F20 Frame System | 1 - Large | $264.00 |
| 63503 | Airfit N20 with headgear | 1 - Small | $94.00 |
| 63201 | Airfit N10 with headgear for her | 1 - Small | $102.00 |
| 63500 | Airfit N20 with headgear for her | 1 - Small | $94.00 |
| 63501 | Airfit N20 with headgear | 2 - Medium @94 | $188.00 |
| 63502 | Airfit N20 with headgear | 2 - Large @94 | $188.00 |
| 63141 | Airfit F10 with headgear for her | 1 - Medium | $172.00 |
| 63400 | Airfit F20 with headgear | 1- Small | $178.00 |
| 63821 | Airfit N301 SLM STD STPK | 0 | $0.00 |
| 62251 | Swift FX Nano Wide Nasal Mask/headgear | 1 | $114.00 |
| 500 | Nebkit 500 | 9 @5 | $45.00 |
| | PR 15-RP 15mm Bortubing | 0 | 0 |
| HT12 | HCPCS A4604 Heated Tubing | 2 @40 | $80.00 |
| 36810 | Slimline Tubing | 2 @13 | $26.00 |
| 1003757 | RP R2 Chamber Kit | 1 | $15.00 |
| 1003756 | RP Universal Chamber Kit | 1 | $15.00 |
| 100332 | Sleepweaver Cloth Nasal Mask + Headgear | 1 | $192.00 |
| 2786762 | Nasal Gel Saline | 1 | $4.00 |

| | | | |
|---|---|---|---|
| 459 | Sleepweaver Cloth Nasal Mask + Headgear | 1 | $192.00 |
| A7034/E0485 | APNEAPAP (kit) CPAP | 1 | $24.00 |
| KRCS025 | Sunset Halo Style Chinstrap | 1 | $15.00 |
| 1146072 | Respironics Inc - Humidifier Water Tank | 2@28.00 | $56.00 |
| TC-6-BLUE | CPAP Tube Cover | 1 | $10.00 |
| 1050013 | MW Easylife Mask without headgear | 1 | $35.00 |
| 1047922 | Fulllife Cushion | 1 - Small | $44.00 |
| AG302425 | Deluxe Chin Strap | 1 - Xlarge | $46.00 |
| 1078408 | RP Golife Men Frame Only | 4@22.00 | $88.00 |
| 1093229 | RP Golife for Men Frame Only | 1 - Small | $22.00 |
| 1090288 | RP - RS Amara Frame | 1 | $50.00 |
| 1116745 | Dreamwear Frame | 1 - Small | $50.00 |
| 1070101 | L Comfortgel Blue Gel Cushion | 1 | $50.00 |
| 1122520 | Dreamstation Water Tank | 2@30 | $60.00 |
| 1120617 | Dreamstation Humidifier Flip Lid Seal | 4@32. | $128.00 |
| HCG150C | 24" Inch Grey Tubing (CPAP) | 1 | $32.00 |
| 62932 | Airfit P10 Pillow | 6 - Medium @44 | $264.00 |
| 61276 | Mirage Quattro Cushion Clip | 2 - Medium@28 | $56.00 |
| 83490-0510-01 | Vortex non Electrostatic Valved Holding Chamber | 2 | $38.00 |
| AG620201 | Pocket Chamber | 1 | $38.00 |
| LLDBXEFLO | Hepafilter | 5 | $10.00 |
| LLCFKINVPERFPIUS | Oxygen Concentrator Filter Plus Kit | 2 | $10.00 |
| SSOO1902A | Airlife Volumetric Incentive Spirometer 4000ml | 3 | $10.00 |
| HS800 | Nebkit | 3@ 5 | $15.00 |
| 2438 | Nebkit | 1 | $5,00 |
| 1099966 | Nebulizer | 3 @50 | $150.00 |
| PMIBSTF | Toilet Safety Frame | 3 @ 45 | $135 |
| BOOOKYMWD8 | Toilet Safety Rails | 1 | $100.00 |
| FG15011 | Mattress Cover with Zipper | 1 | $8.00 |
| RN140954 | Twin XL Sheet Set | 1 | $60.00 |
| | Twin XL Deep Pocket Sheet Set | 1 | $50.00 |
| TO7909 | Shampoo Cap | 4@7 | $28.00 |
| KIH99510 | Sitz Bath | 1 | $10.00 |
| 1244144 | Sanitary Commode Liner | 1 | $19.00 |

| | | | |
|---|---|---|---|
| DYNC8522H | Fracture Bed Pan | 1 | $12.00 |
| 84850XL | Sani Pant Washable Brief | 1 | $20.00 |
| 7174 | 23x36 Disposable Bed Pads | 3 @20 | $60.00 |
| 648002 | 33x72x2 Bed Pan Convoluted | 1 | $46.00 |
| 222 7627 | 15 Count  Prevail Underpads | 22 - Large @5 | $110.00 |
| 6948124 | 17 Count Depend Underwear for Women | 1 - Large | $36.00 |
| 1758192 | 18 Count Attends Underwear | 4 - Large @20 | $80.00 |
| PRTABB21040 | 18 Count Presto Brief | 9 - Large @18 | $162.00 |
| | | 2 - Large @10 | $20.00 |
| | | 1 - Large | $5.00 |
| 5Q64900 | 44 Count Tena Liners | 1 | $10.00 |
| 1901628 | 21 Count Depends Disposable Women's Underwear | 6 - S/M @21 | $126.00 |
| FQPWC5131 | 18 Count Prevail Disposable Daily Underwear | 1 - Large | $14.00 |
| FQPVS512 | 18 Count Prevail Disposable Daily Underwear | 4 - S/M @ 23 | $92.00 |
| 9289Z142046 | 12 Count Attends Disposable Underwear | 1 - XL | $14.00 |
| PU2060 | 25 Count Tranquility Disposable Booster Pads | 2 - Super @15 | $30.00 |
| 695737 | 16 Count Tranquility Disposable Underwear | 6 - Large @ 25 | $150.00 |
| FQNU0131 | 18 Count Prevail Daily Briefs Nu-Fit | 3 - Large @ 16 | $48.00 |
| 5Q54282 | 28 Count Tena Intimates Overnight Pads | 6 @ 20 | $120.00 |
| FQPV9142 | 54 Count Prevail Daily Pads Moderate | 4 @ 20 | $80.00 |
| FQBC013 | 16 Count Prevail Daily Pads Moderate | 36 @ 6 | $216.00 |
| KI02071 | Potty Hat | 1 | $2.00 |
| | Sterile UA Cups | 10 | $ |
| 153509 | Bard Closed System Urinary Drainage Bag | 1 - 4000ml | $22.00 |
| 509348 | Urinary Leg Bag Combo Pack Hollister | 3 -540ml @10 | $30.00 |
| 274-0181 | Bard Closed System Urinary Latex Free Drainage Bag | 47 - 2000ml @10 | $470.00 |
| 60DYN01674 | Medline Urinary Drainage Bag | 9 - 2000ml @10 | $90.00 |
| 625170 | Conveen Colopast Urine Collection Bag | 2 - 600ml @14 | $28.00 |
| 539-5122-4200 | Natural Latex Tubing | 50 feet - 1/4" x 1/16" | |
| 130-3049 | Bard Dispoz-A-Bag | 1 - Large | $8.00 |
| 1267947 | Bard Extension Tube with connector | 4 - 5/16" I.D. x 18" @ 3 | $12.00 |
| 2754331 | Syringe Catheter Tip - 50ml | 80 @3 | $240.00 |
| DA330 | Foley Leg Band | 4 @5 | $45.00 |
| 2203008 | Bard Leg Strap Fabric | 10 - 8"-24" @5 | $5.00 each |

| 2087823 | BD Syringe | 48 - 20ml | $.50 each |
| 508770 | Hollister Buch Clamp | 6 | $3.00 each |
| 9481844/X002U4CSLT | Heallily Pouch Clamp 4 Pack | 1 | $16.00 |
| 2R9300 | Ostomy Belt | 2 | $5.00 each |
| 55AFA | Velcro Locking Adhesive Foley Cath Anchoring Device | 2 | $3.50 each |
| 57000076 | Drainage Protector Cath Plug | 2 | $2.00 each |
| 768200 | Coloplast Male External Catheter | 3 | $3.00 each |
| 175635 | Convatec Straight Tail Closure | 7 | $2.00 each |
| S1175507 | Convatec Ostomy Belt | 1 - 106cm | $13.00 |
| MCK19191406 | Lubricating Jelly | 2 - 4 oz Tubes | $4.00 each |
| X002LSOL81 | Iodine Swab | 1 Box - 75 Pieces | $38.00 each |
| 1872910 | Jobst Roll On Body Fixture "IT Stays" | 2 | $20.00 each |
| 3497112 | Enema Saline Laxative | 1 - 4.5 FL OZ | 21 |
| CX6426 | Drainage Bag Cover | 1 | $25.00 |
| DX4521 | Suture Removal Kit | 2 - Single Use | $6.00 each |
| DM00249N | Derma Klenz Wound Cleanser | 2 | $7.00 each |
| 1647833 (802110) | Foley Insertion Tray | 5 - 5cc | $8.00 each |
| 802010/211-3173 | Foley Insertion Tray | 3 - 5cc | $8.00 each |
| 802010/57802010 | Foley Insertion Tray | 6 - 5cc | $8.00 each |
| 750110/57750110 | Bard Economy Bulb Irrigation Tray | 4 | $6.00 each |
| HA826WC | Puritan Cotton Tipped Applicators | 10 | $4.00 each |
| 58309626 | BD Syringe | 2 Boxes of 100 - 1ml @25 box | $50.00 |
| 58305761 | BD Eclipse Needle | 2 Boxes of 100  @.50m ea | $100.00 |
| 57123518A | Bardia Cath 18FR Balloon Foley Catheter | 4 - 5cc | $48.00 |
| 323-2212 | Bardia Cath 16FR Balloon Foley Catheter | 1 - 5cc | $2.00 |
| 123616A | Bardia Cath 16FR Balloon Foley Catheter | 1 - 30cc | |
| 570103L16 | 16FR Ribbed Balloon Coude Tip | 1 - 30cc | $32.00 |
| 3232436 | 20FR Balloon Foley Catheter | 3 - 5cc | $12.00 each |
| 57123518A | 18FR Balloon Foley Catheter | 5 - 5cc | $12.00 each |
| 683563 | 18FR Covidien Foley Catheter | 2 | $2.00 each |
| 61660127 | 12FR Covidien Round Tip | 100 - 4.0mm 16" @2 | $200.00 |
| 123524A | 24FR Balloon Foley Catheters | 10 - 5cc | $2.00 each |
| 57123616A | 16FR Balloon Foley Catheters | 4 - 30cc @2 | $8.00 |
| 57123516A | 16FR Balloon Foley Catheters | 17 - 5cc @2 | $34.00 |

| 321-7494 | Hollister Karaya 5 Paste | 1 - 4.5oz | $20.00 |
| X0023AJXXL | Terrasil Shingles Ointment | 1 - 1.5oz | $30.00 |
| 270 0235 | Finger Covers | 1 - Box (12 Count) | $2.00 |
| 1418664 | Visine Dry Eye Relief Drops | 1 | $7.00 |
| 881539 | 3M Nexcare Opticlude Eye Patch | 2 - Boxes (20 each box) @10 box | $20.00 |
| 1257104 | Sterile Alcohol Prep Pads | 1 - Box (100 each box) | $4.00 |
| DX1114 | Sterile Alcohol Prep Pads Med | 6 - Boxes (100 each box) @4 | $24.00 |
| 60CAM000103 | Calmoseptine Ointment | 1 - 2.5oz | $21.75 |
| WE6290 | Sterile Water | 1 - 500ml | $5.00 |
| 6810000 | Sterile Water | 4 - 10ml | $2.00 each |
| 1351741 | Antibiotic Cream Plus Pain Relief | 1 - Tube | $5.00 |
| DSNG50 | NG Strip Nasal Tube Fastener | 1 - Box (50 each box) | $60.00 |
| 507715 | M9 Odor Eliminator Drops | 1 - 1oz | $14.00 |
| 507717 | M9 Odor Eliminator Drops | 3 - 8oz | $28.00 |
| 3798253 | Conforming Stretch Gauze | 61 - 4" x 4.1yrds (5 bags of 12 each bag) | $.85 each |
| 273-7424 | Covidien Gauze Roll | 5 - 4 1/2" x 4-1/8yd @3 | $15.00 |
| 16-4264 | McKesson Gauze Roll | 8 - 4.5" x 4.1yrd @2 | $16.00 |
| 2488286 | 3M Medipore Tape Soft Cloth | 4 - 2" x 10yrds @11 | $44.00 |
| 8815382 | 3M Durapore Surgical Tape | 7 - 2" x 10yds @3 | $21.00 |
| 650250A | Foam Dressing | 8 - 6"x6" (10 dressings each box) @32 | $256.00 |
| DX3103 | Conforming Stretch Gauze | 10 - 3" x 4.1yr (12 rolls each box) @10 | $100.00 |
| 2461150 | 3M Nexcare Cloth Tape | 3 - 3/4" x 6yrd @3 | $9.00 |
| 159-3003 | 3M Nexcare Paper Tape | 1 - 1" x 10yrds | $6.00 |
| 5113156655 | 3M Nexcare Paper Tape | 2 - 2" x 10yrds @7 | $14.00 |
| 148-6117 | 3M Nexcare Waterproof Tape | 3 - 1" x 5 yrds @6 | $18.00 |
| 1809607 | 3M Nexcare No Hurt Wrap | 5 - 3" x 22yrds @5 | $25.00 |
| ASO23366 | XL Fabric Bandages | 3 Boxes 2" x 4" (10 bandages each box)@4$12. | $12.00 |
| 1882364 | 3M Nexcare Cushioned Waterproof Bandages Knee & Elbow | 1 Box - 2" x 4" (8 each box) @4 | $4.00 |
| 2508612 | Curad Elastic Net | 2 Boxes - 5yrds | $10.00 |
| 290-4829 | Band-aid Flexible Roll Gauze | 2 Boxes @3 | $6.00 |
| 174-1925 | Rolled Gauze | 2 Boxes @3 | $6.00 |
| 174-1941 | Rolled Gauze | 3 Boxes  @2 | $6.00 |
| 68441500 | Covidien Dermacea Bandage Roll | 3 Packages - 2" x 12" (12 each package)@4 | $12.00 |
| 1145697 | Woven Gauze Sponges | 3 Boxes - 2" x 2" (50 each box) @6 | $18.00 |

| 687198D | Covidien Dermacea Compress Abdominale | 2 Boxes - 8" x 10" (18 each box) @10 | $20.00 |
|---|---|---|---|
| 164292 | McKesson Non-Adherent Pads | 84 - 2" x 3" (100 each box) @1 | $84.00 |
| 1338318 | McKesson Split Sponges | 2 Boxes of 35  2" x 2"    70 total @.25 | $17.50 |
| X00386B3EH | McKesson Split Sponges | 2 Boxes 4" x 4" (25 each box) @20 | $40.00 |
| 1213016 | ABD Pads | 42 - 8" x 7.5" @1 | $42.00 |
| 1128347 | ABD Pads | 22 - 5" x 9"  @1 | $22.00 |
| 686112 | Covidien Curity Non-Adhesive Strips Oil Emulsion | 45 - 3" x 3" Strips  (1 box = 50) @2 | $90.00 |
| X003BOGKLZ | Xeroform Declusive Gauze Strip 3% Bismuth Tribromophenate | 37 Strips - 1" x 8" @1.50 | $55.50 |
| 51422300 | ConraTec Aquacel Ag Advantage | 5 Boxes .75" x 18" (5 per box) @180 $40 ea | $900.00 |
| 1594118 | Aquacel Ag Convatec | 4 Dressings - .75" x 18" (1 box =5) @40 | $160.00 |
| 124-5208 | Adaptic Non-Adhering Dressing | 20 - 3" X 8" @3 ea | $60.00 |
| SC603420 | Molnlycke Exufiber Agt with Silver | 1 - Box | $130.00 |
| 1326339 | Non Woven Sponges | 2 Packages - 2" x 2"  (200 per pack) @3 | $6.00 |
| 1164375 | Woven Gauze Sponges | 7  Packages - 4" x 4"  (200 per pack) @10 | $70.00 |
| 116-7963 | Telfa | 214 - 8" x 3" (4 boxes of 50) @1 | $214.00 |
| SC284190 | Mepilex Lite | 2 Boxes (5 each box) @75 | $150.00 |
| SC595300 | Mepilex | 1 Bandage - 4" x 4" | $15.00 |
| SC595200 | Mepilex | 4 Boxes - 3" x 3" (5 each box) @45 or 9 ea | $180.00 |
| 60MSC2117EPZ | Optifoam Dressing | 7 - 7"x7" Sacrum @28 | $196.00 |
| 282055EA | Mepilex Border Sacrum | 2 - 6.3" x 7.9" | $70.00 |
| 3MH - 1626W | 3M Tegaderm Film | 1 Box - 4" x 4 3/4" (50 per box) 3 ea | $128.00 |
| 1700723 | Steri-Strip | 19 - 1/4" x 3" @2 | $38.00 |
| X001Z1C2KF | Vinyl Gloves | 2 Boxes - XL (100 per box) @16 | $32.00 |
| B07KYWVCP6 | Vinyl Gloves | 1 Box - Large (100 per box) | $16.00 |
| B07KYV178H | Vinyl Gloves | 1 Box - Medium (100 per box) | $16.00 |
| 368-4008 | Cotton Gloves | 2 Boxes - (1 pair per box) @3 | $6.00 |
| 558842 | Latex Gloves | 2 Boxes - Medium (100 per box) @15 box | $30.00 |
| 558841 | Latex Gloves | 3 Boxes Small (100 per box) @15 | $45.00 |
| 0814-0061 | Arm Sling | 3 - Xsmall @8 | $24.00 |
| 0814-0062 | Arm Sling | 6 - Small @8 | $48.00 |
| 0814-0063 | Arm Sling | 5 -Medium @8 | $40 |
| 0814-0064 | Arm Sling | 4 - Large @8 | $32.00 |
| 0814-0065 | Arm Sling | 5 - XL @8 | $40.00 |
| 0814-0475 | Shoulder Immobilizer | 3 @ 34 | $102.00 |

| | | | |
|---|---|---|---|
| 0814-1232 | Clavicle Strap | 3 - Small 8"@15 | $54.00 |
| 0814-1233 | Clavicle Strap | 4 - Medium 8"@18 | $72.00 |
| 0814-1234 | Clavicle Strap | 4 - Large @18 | $72.00 |
| 0814-1235 | Clavicle Strap | 3 - Xlarge @18 | $54.00 |
| 204-1671 | Rib Belt Male | 1 | $30.00 |
| 7989073 | Rib Belt Female | 1 - Small | $30.00 |
| 7989075 | Rib Belt Female | 1 - Medium | $30.00 |
| 7989077 | Rib Belt Female | 1 - Large | $30.00 |
| 3001 | Rib Belt Female | 1 - Universal | $30.00 |
| 3001 | Rib Belt Male | 2 - Universal @30 | $60.00 |
| 303 | Rib Belt Male | 1 - Medium | $30.00 |
| 204-1671 | Rib Belt Male | 1 - Universal | $30.00 |
| 135-5197 | Abdominal Binder | 3 - Large @15 | $54.00 |
| 135-4588 | Abdominal Binder | 3 - Small @18 @15 | $54.00 |
| 0814-5312 | Wrist Brace | 5 - Small Left 8" @15 | $75.00 |
| 0814-5313 | Wrist Brace | 9 - Medium Left 8" @15 | $135.00 |
| 0814-5314 | Wrist Brace | 8 - Large 8" @15 | $120.00 |
| 0814-5315 | Wrist Brace | 3 - Xlarge left 8" @15 | $45.00 |
| 0814-5322 | Wrist Brace | 4 - Small Right 8" @15 | $60.00 |
| 0814-5323 | Wrist Brace | 8 - Medium Right 8" @15 | $120.00 |
| 0814-5324 | Wrist Brace | 7 - Large Right 8" @15 | $105.00 |
| 0814-5325 | Wrist Brace | 3 - Xlarge Right 8" @15 | $45 |
| 0814-4552 | Thumb Spica | 4 - Small Left @24 | $96.00 |
| 0814-4553 | Thumb Spica | 5 - Medium Left @24 | $120.00 |
| 0814-4554 | Thumb Spica | 6 - Large Left @24 | $144.00 |
| 0814-4555 | Thumb Spica | 3 - Xlarge Left  @24 | $72.00 |
| 0814-4562 | Thumb Spica | 4 - Small Right @24 | $96.00 |
| 0814-4563 | Thumb Spica | 4 - Medium Right @24 | $96.00 |
| 0814-4564 | Thumb Spica | 6 - Large Right @24 | $144.00 |
| 0814-4565 | Thumb Spica | 3 - Xlarge Right @24 | $72.00 |
| 134-7848 | Knee Immobilizer | 1 | $46.00 |
| 0814-2744 | Knee Immobilizer | 2 - Tripanel 20" @46 | $92.00 |
| 375-3076 | Crutches | 3 - Adult @27 | $81.00 |
| 375-3092 | Crutches | 5 - Tall @34 | $170.00 |

| 195-9783 | Crutches | 6 - Junior @34 | $204.00 |
|---|---|---|---|
| 14-0050 | Gel Ankle Brace | 5 @32 | $160.00 |
| 0814-2621 | Swede Ankle Brace | 1 - Xsmall | $40.00 |
| 0814-2622 | Swede Ankle Brace | 3 - Small @40 | $120.00 |
| 0814-2623 | Swede Ankle Brace | 2 - Medium @40 | $80.00 |
| 0814-2624 | Swede Ankle Brace | 2 - Large@40 | $80.00 |
| 0814-2625 | Swede Ankle Brace | 3 - Xlarge @40 | $120.00 |
| 0814-2281 | MKO Ankle Brace | 3 - Xsmall @20 | $60.00 |
| 0814-2282 | MKO Ankle Brace | 2-small @20 | $40.00 |
| 0814-2283 | MKO Ankle Brace | 6 - Medium @20 | $120.00 |
| 0814-2284 | MKO Ankle Brace | 4 - Large @20 | $80.00 |
| 0814-2285 | MKO Ankle Brace | 3 - Xlarge @20 | $60.00 |
| 135-7755 | C-Collar | 1 - Small | $22.00 |
| 135-8365 | C-Collar | 1 - Medium | $22.00 |
| 135-8910 | C-Collar | 1- Large | $22.00 |
| 0814-3252 | Male Post Op Shoe | 10 - Small @20 | $200.00 |
| 0814-3253 | Male Post Op Shoe | 11 - Medium @20 | $220.00 |
| 0814-3254 | Male Post Op Shoe | 9 - Large @20 | $180.00 |
| 0814-3255 | Male Post Op Shoe | 9 - Xlarge | $180.00 |
| 0814-6229 | Child Post Op Shoe | 1 - Xsmall | $16.00 |
| 0814-8801 | Child Post Op Shoe | 1 - Small | $16.00 |
| 0814-3242 | Female Post Op Shoe | 4 - Small @20 | $80.00 |
| 0814-3243 | Female Post Op Shoe | 4 - Medium @20 | $80.00 |
| 0814-3244 | Female Post Op Shoe | 3 - Large | $60.00 |
| 0814-0982 | Tall Cam Walker | 7 - Small @106 | $742.00 |
| 0814-0983 | Tall Cam Walker | 5 - Medium  @106 | $530.00 |
| 0814-0984 | Tall Cam Walker | 8 - Xlarge @106 | $848.00 |
| 1793 | Xwide Cam Walker | 1- Xlarge | $106.00 |
| 0814-233 | Short Cam Walker | 1 - Peds Large | $100 |
| 14111 | Short Cam Walker | 1 - Xsmall | $100 |
| 0814-0992 | Short Cam Walker | 8 - Small @100 | 80$800.00 |
| 0814-0993 | Short Cam Walker | 7 - Medium @100 | $700.00 |
| 0814-0994 | Short Cam Walker | 5 - Large/Xlarge @100 | $500.00 |
| 14119 | Short Cam Walker | 2 - Xlarge @100 | $200.00 |

| ORT16009 | Short Cam Walker Wide XL Low Top | 1 - Wide Xlarge Low Top | $100.00 |
|---|---|---|---|
| 0814-0552 | Heel Lifts | 1 - Small | $10 |
| 0814-0553 | Heel Lifts | 3 - Medium @10 | $30.00 |
| 0814-0554 | Heel Lifts | 4 - Large @10 | $40.00 |
| CL0082 | Coreline Night Splints | 4 - Small @66 | $264.00 |
| CL0084 | Coreline Night Splints | 2 - Medium @66 | $132.00 |
| CL0086 | Coreline Night Splints | 2 - Large @66 | $132.00 |
| 0814-8906 | Kelly Cast Boot | 1 | $74.00 |
| 0814-7005 | Aspen Collars | 1 - Short | $90.00 |
| 0814-7006 | Aspen Collars | 1 - Regular | $90.00 |
| 215-7410 | Stirrup Ankle Brace | 1 | $90.00 |
| 0814-5814 | Patellar Lateral Strap | 1 - Left Leg | $36.00 |
| A403828 | Lateral Support | 1 - Large Left | $70.00 |
| 58-320412 | AFO Braces | 1- Small Right | $78.00 |
| 58-320519 | AFO Braces | 1 - Medium Right | $78.00 |
| 58320616 | AFO Braces | 2 - Large Right @78 | $156.00 |
| A368RS | AFO Braces | 1 - Small Right | $78.00 |
| AFO-5-R | AFO Braces | 1 - Child | $78.00 |
| 110449-2 | Ultra Sling Black | 1 - Small | $100.00 |
| 110449-3 | Ultra Sling Black | 1 - Medium | $100.00 |
| 110449-4 | Ultra Sling Black | 1 - Large | $100.00 |
| 110449-5 | Ultra Sling Black | 1 - Xlarge | $100.00 |
| 11-3495-2 | Playmaker Spacers | 1 - Small | $100.00 |
| 11-3495-3 | Playmaker Spacers | 1 - Medium | $150.00 |
| 11-3495-4 | Playmaker Spacers | 1- Large | $150.00 |
| 11-3495-5 | Playmaker Spacers | 1 - Xlarge | $150.00 |
| W210 | Mastectomy Bras | 2 - B44 @55 | $110.00 |
| W4015 | Mastectomy Bras | 1 - B44 | $55.00 |
| N210 | Mastectomy Bras | 1 - B32 | $55.00 |
| L4015 | Mastectomy Bras | 1 - B32 | $55.00 |
| N297 | Mastectomy Bras | 1 - B34 | $55.00 |
| N210 | Mastectomy Bras | 1 - A36 | $55.00 |
| W4008 | Mastectomy Bras | 1 - B36 | $60 |
| W4018 | Mastectomy Bras | 1 - B36 | $55.00 |

| W4019 | Mastectomy Bras | 1 - B38 | $55.00 |
|---|---|---|---|
| W190 | Mastectomy Bras | 2 - B40 @ | $110.00 |
| N210 | Mastectomy Bras | 1 - B42 | $55.00 |
| N290 | Mastectomy Bras | 1 - B42 | $55.00 |
| N297 | Mastectomy Bras | 1 - B42 | $55.00 |
| W420 | Mastectomy Bras | 1 - B42 | $55.00 |
| W4015 | Mastectomy Bras | 1 - B42 | $55.00 |
| N210 | Mastectomy Bras | 1 - B42 | $55.00 |
| W190 | Mastectomy Bras | 1 - B42 | $55.00 |
| W290 | Mastectomy Bras | 1 - B42 | $55.00 |
| W297 | Mastectomy Bras | 1 - C42 | $55.00 |
| W327 | Mastectomy Bras | 1 - D40 | $50.00 |
| W202 | Mastectomy Bras | 1 - D42 | $60.00 |
| N210 | Mastectomy Bras | 1 - B34 | $55.00 |
| W210 | Mastectomy Bras | 1 - B34 | $55.00 |
| SS 4013 | Mastectomy Bras | 1 - B34 | $65.00 |
| W4033 | Mastectomy Bras | 1 - B38 | $65.00 |
| 615 | Breast Enhancers | 1 - Size 8 | $35.00 |
| 615 | Breast Enhancers | 1 - Size 9 | $35.00 |
| 00814-2 | Breast Enhancers | 2 @35 | $70.00 |
| 81002 | Breast Enhancers | 1 | $35.00 |
| 81003 | Breast Enhancers | 1 | $35.00 |
| 81001 | Breast Enhancers | 1 | $35.00 |
| 10006 | Mastectomy Impressions | 1 | $165.00 |
| 47706 | Breast Prosthesis | 1 | $170.00 |
| 48007 | Breast Prosthesis | 1 | $170.00 |
| 49005 | Breast Prosthesis | 1 | $175.00 |
| 49006 | Breast Prosthesis | 1 | $175.00 |
| 49507 | Mastectomy Breastform | 1 | $175.00 |
| 49508 | Mastectomy Breastform | 1 | $130.00 |
| 50808 | Breast Prosthesis | 1 | $130.00 |
| 50905 | Breast Prosthesis | 1 | $130.00 |
| 50907 | Breast Prosthesis | 1 | $130.00 |
| 50908 | Breast Prosthesis | 1 | $130.00 |

| 53105 | Breast Prosthesis | 1 | $30.00 |
|---|---|---|---|
| 53106 | Breast Prosthesis | 1 | $30.00 |
| 53107 | Breast Prosthesis | 1 | $30.00 |
| 55007 | Breast Prosthesis | 2 @30 | $60.00 |
| X001X9D8EX | Wrist Brace Splint | 1 - Right | $33.00 |
| 1810019 | Finger Splint | 1 | $5.00 |
| 28-802605 | Shoulder Immobilizer Sling | 1 | $15.00 |
| 0112181D | Slipper Sox | 1 | $3.00 |
| PH58125 | Slipper Sox | 2 @3 | $6.00 |
| ADC351 | Penlight | 2 @3 | $6.00 |
| NV7381330 | Shoelaces Elastic | 1 | $12.00 |
| 7981030 | Deluxe Tennis Elbow | 1 | $16.00 |
| 0814-4726 | Frazer Wrist Brace | 1 - XXL Right | $69.00 |
| 7989078 | Female Rib Belt | 1 | $25.00 |
| 6357 | Female Rib Belt | 1 | $20.00 |
| 0814-5413 | Cinch Lock Brace | 1 - Medium LT (11") | $69.00 |
| 0814-5415 | Cinch Lock Brace | 1 - XL LT (11") | $69.00 |
| 0814-5423 | Cinch Lock Brace | 1 - Medium RT (11") | $69.00 |
| 50002233 | Akle F8 Brace | 1 - Medium | $69.00 |
| L1902 | Swede Ankle Brace | 3 - Large @69 | $207 |
| 0814-5703 | Extensor Neoprene - Calf Support | 3 - Medium @30 | $90.00 |
| 0814-5704 | Extensor Neoprene - Calf Support | 2 - Large @30 | $90 |
| 1312305 | Universal Gel Air Ankle | 1 | $60.00 |
| 79-72280 | Tulis Heel Cups | 1 - Regular | $5.00 |
| 138-0120 | T.E.D. Anti-Embolism Stocking Knee Length | 1- Large | $15.00 |
| BI111455 | Jobst Anti-Embolism Stocking Thigh High | 1 - Medium | $16.00 |
| 687115 | T.E.D. Anti-Embolism Stocking Knee Length | 1 - Medium | $15.00 |
| 2160885 | T.E.D. Anti-Embolism Stocking Knee Length | 1 - Size A - Small | $15.00 |
| 2118529 | T.E.D. Anti-Embolism Stocking Knee Length | 1 - Size B - Small | $15.00 |
| 1923127 | 3M Futuro Therapeutic Mild Diabetes Socks | 2 - Medium @15 | $30.00 |
| 1691278 | 3M Futuro Therapeutic Mild Diabetes Socks | 1 - Large | $15.00 |
|  | TW Theraputic Men's Dress Socks | 2 - Small (15-20mmHg) @5 | $10.00 |
| 1714963 | 3M Futuro Restoring Men's Dress Socks | 1 - Xlarge (20-30mmHg) | $25.00 |
| 1901362 | 3M Futuro Revitaling Men's Dress Socks | 1 - Medium (15-20mmHg) | $25.00 |

| 3900206 | 3M Futuro Men's Dress Socks | 1 - Medium (15-20mmHg) | $20.00 |
| 3900172 | 3M Futuro Men's Dress Socks | 1 - Medium (20-30mmHg) | $20.00 |
| 1917236 | 3M Futuro Women's Sheer Knee Highs | 1 - Medium (8-15mmHg) | $20.00 |
| 3900248 | 3M Futuro Women's Sheer Knee Highs | 1 - Medium (15-20mmHg) | $20.00 |
| SG972CML099 | Dynaven Open Toe Compression Socks | 1 - M/L (20-30mmHg) | $73.00 |
| BI110835 | Jobst Sensifoot Diabetic Crew Sock | 1 - Xsmall | $20.00 |
| BI110832 | Jobst Sensifoot Diabetic Knee Sock | 1 - Medium | $20.00 |
| BI110833 | Jobst Sensifoot Diabetic Knee Sock | 2 - Large @20 | $40.00 |
| BI110834 | Jobst Sensifoot Diabetic Knee Socks | 1 - Xlarge | $20.00 |
| 3455599 | Sunmark Women's Casual Compression Sock | 1 - Large (10-20mmHg) | $25.00 |
| 3455581 | Sunmark Women's Casual Compression Sock | 1 - Medium (10-20mmHg) | $25.00 |
| 3455540 | Sunmark Women's Casual Compression Sock | 2 - Medium (15-20mmHg) @25 | $50.00 |
| | TW Anti Embolism Closed Toe Stockings | 1 - Small (18mmHg) | $5.00 |
| | TW Anti Embolism Open Toe Stockings | 1 - Small (18mmHg) | $5.00 |
| 519400 | T.E.D. Anti-Embolism Thigh High | 1 - Small | $35.00 |
| 3427903 | T.E.D. Anti-Embolism Knee | 1 - Medium | $20.00 |
| 114651 | Jobst Relief Thigh High Compression | 1 - Xlarge (30-40mmHg) | $109.00 |
| 114213 | Jobst Relief Thigh High Compression | 1 - Medium (20-30mmHg) | $109.00 |
| 114621 | Jobst Relief Knee High Compression | 2 - Medium (20-30mmHg) @60 | $120.00 |
| 114630 | Jobst Relief Knee High Compression | 2 - Small (30-40mmHg) | $60.00 |
| 114631 | Jobst Relief Knee Compression | 1 - Medium (30-40mmHg) | $60.00 |
| 121465 | Jobst Knee Compression | 2 - Small (30-40mmHg) @75 | $150.00 |
| 115409 | Jobst Men's Thigh High Compression | 1 - Medium (20-30mmHg) | $109.00 |
| 3247673 | Jobst Men's Dress Knee Compression | 1 - Large (8-15mmHg) | $20.00 |
| 55910 | Therafirm Ease Patterened Compression | 1 - Small (15-20mmHg) | $34.00 |
| 55922 | Therafirm Ease Patterened Compression | 1 - Medium (15-20mmHg) | $34.00 |
| 11762 | Core-Spun Patterened Compression | 1 - Small (15-20mmHg) | $34.00 |
| 37420 | Therasport Compression | 1 - Medium (15-20mmHg) | $45.00 |
| 37423 | Therasport Compression | 1 - Medium (15-20mmHg) | $45.00 |
| 37413 | Therasport Compression | 1 - Small (15-20mmHg) | $45.00 |
| 37436 | Therasport Compression | 1 - Large (15-20mmHg) | $45.00 |
| 37446 | Therasport Compression | 1 - Xlarge (15-20mmHg) | $45.00 |
| 37447 | Therasport Compression | 1 - Xlarge (15-20mmHg) | $45.00 |
| 12762 | Core Spun Patterened Compression | 1 - Small (15-20mmHg) | $34.00 |

| | | | |
|---|---|---|---|
| 11772 | Core Spun Patterened Compression | 1 - Medium (15-20mmHg) | $34.00 |
| 11782 | Core Spun Patterened Compression | 1 - Large (15-20mmHg) | $34.00 |
| 17442 | Core Spun Compression | 2 - Xlarge (15-20mmHg) | $38.00 |
| 17731 | Core Spun Compression | 1 - Large (15-20mmHg) | $38.00 |
| 17711 | Core Spun Compression Socks | 1 - Small (15-20mmHg) | $38.00 |
| 17411 | Core Spun Compression Socks | 1 - Small (15-20mmHg) | $38.00 |
| 17721 | Core Spun Compression Socks | 2 - Medium (15-20mmHg) @38 | $76.00 |
| 17421 | Core Spun Compression Socks | 1 - Medium (15-20mmHg) | $38.00 |
| 17431 | Core Spun Compression Socks | 1 - Large (15-20mmHg) | $38.00 |
| 17142 | Core Spun Compression Socks | 1 - Xlarge (15-20mmHg) | $38.00 |
| 17441 | Core Spun Compression Socks | 1 - Xlarge (15-20mmHg) | $38.00 |
| 17741 | Core Spun Compression Socks | 1 - Xlarge (15-20mmHg) | $38.00 |
| 18711 | Core Spun Compression Socks | 2 - Small (20-30mmHg) @45 | $90.00 |
| 18721 | Core Spun Compression Socks | 1 - Medium (20-30mmHg) | $45.00 |
| 18741 | Core Spun Compression Socks | 2 - Xlarge (20-30mmHg) @45 | $90.00 |
| 64210 | Ease Compression Socks | 2 - Small (20-30mmHg) @54 | $108.00 |
| 50020 | Ease Compression Socks | 2 - Medium (20-30mmHg) @54 | $108.00 |
| 50030 | Ease Compression Socks | 2 - Large (20-30mmHg) @54 | $108.00 |
| 52185 | Ease Compression Socks | 1 - Large (20-30mmHg) | $54.00 |
| 51437 | Ease Compression Socks | 1 - Large (20-30mmHg) | $54.00 |
| 50220 | Ease Thigh High Compression Socks | 1 - Medium (20-30mmHg) | $95.00 |
| 50210 | Ease Thigh High Compression Socks | 1 - Small (20-30mmHg) | $95.00 |
| 52410 | Ease Thigh High Compression Socks | 1 - Small (15-20mmHg) | $48.00 |
| 53020 | Ease Compression Socks | 1 - Medium (15-20mmHg) | $54.00 |
| E510305 | Advance Diabetic Insole | 1 - Xlarge | $25.00 |
| E510202 | Advance Diabetic Insole | 1 - Small | $25.00 |
| E510301 | Advance Diabetic Insole | 1 - Xsmall | $25.00 |
| E510303 | Advance Diabetic Insole | 1 - Medium | $25.00 |
| E510104 | Advance Diabetic Insole | 1 - Large | $25.00 |
| E510105 | Advance Diabetic Insole | 1 - Xlarge | $25.00 |
| B00268XJMU | Powerstep Insole | 1 | $60.00 |
| B000KPMXO | Powerstep Insole | 1 | $60.00 |
| S001-01A | Powerstep Insole | 2 @45 | $90.00 |
| B00268XJMU | Powerstep Insole | 1 | $45.00 |

| | | | |
|---|---|---|---|
| 5001-01B | Powerstep Insole | 2 | $50.00 |
| P1305 | Front Wheel Walker | 1 | $129.00 |
| ZCHCWAL0010B | Bariatric Front Wheel Walker | 1 | $139.00 |
| C410BK | Quad Cane Lg Base | 1 - Black | $57.00 |
| X002LYONV5 | Walking Cane | 1 - Blue Flower | $42.00 |
| BOOOCSQJ96 | Aluminum Cane | 1 - Tiny Flower | $30.00 |
| 259-3424 | Walking Cane | 1 - Black with Flowers | $20.00 |
| X002LOQXHH | Folding Walking Cane Royal Blue | 1 - Royal Blue | $26.00 |
| X002YGV7AL | BeneCane Collapsible | 1 - Turq/Blue | $40.00 |
| MNTMP99080 | Alex Suspension Tritip Flexible | 1 | $26.00 |
| 207-7345 | Cane Strap | 2 - Pink Rhinestone @8 | $16.00 |
| 6451010359907 | Pre Cut Walker Balls | 1 - Stars and Stripes | $14.00 |
| ESD5009 | Sheepette Crutch Protectors | 1 | $34.00 |
| X002WIDW21 | Cane Grip with Strap | 1 - Black | $20.00 |
| 3550720 | Ski Glides | 1 - Black (1 set) | $9.00 |
| FG104398 | Cane/Crutch Tips | 6 - 7/8" Gray @5 set | $30.00 |
| X002GEFCX9 | Foam Handle Replacement Grip | 1 - Black | $11.00 |
| 1960871 | Quadcane Replacement | 1 - 2 pack | $4.00 |
| J11JB5582 | Stair Climbing Cane | 1 - Black | $32.00 |
| 3269537 | Cane Tips | 3 - 1" Black @4 box | $12.00 |
| 270-0912 | McKesson Cup Holder for Front Wheeled Walker | 1 - Universal | $10.00 |
| 1833870 | Walker Glide Brakes | 1 | $30.00 |
| | Tuff Caps | 1 Set | $5.00 |
| 1883891 | Attachable Flashlight for Walkers Rollators | 1 - Universal | $15.00 |
| 3276912 | Crutch Pads | 1 Pair | $12.00 |
| ZCHCACP20028R | Crutch Pad Replacement | 1 - Gray (pair) | $12.00 |
| A867-00 | Folding Travel Walker | 1 | |
| 1916873 | Futro Ankle Support | 1 - Small | $15.00 |
| 1916899 | Futro Ankle Support | 1 - Large | $15.00 |
| 72272280 | Pro Care Tulis Heel Cup | 1 - Regular | $5.00 |
| FOTP84R | Tulis Heel Cup | 1 - Regular | $30.00 |
| FOTP84L | Tulis Heel Cup | 1 - Large | $30.00 |
| PRF745067 | ProFoot Men's Plantar Fascitis Orthotic | 2 @15 | $30.00 |
| 1819960 | McKesson Slip On Wrist | 1 - Medium | $15.00 |

| 182-0034 | McKesson Slip On Wrist | 1 - Large | $12.00 |
|---|---|---|---|
| TB279932 | Tennis Elbow Strap | 1 | $16.00 |
| 182-1669 | Sport Aid Wrist Brace | 1 - Large Right | $30.00 |
| 1821677 | Sport Aid Wrist Brace | 1 - Large Left | $30.00 |
| 1821560 | Sport Aid Wrist Brace | 1 - Medium Left | $30.00 |
| 1327220 | Mueller Reversible Wrist Stabilizer | 2 - S/M @69 | $138.00 |
| 1327238 | Mueller Reversible Wrist Stabilizer | 1 - L/XL | $69.00 |
| 2593044 | Arm Sling | 2 @15 | $30.00 |
| 1693035 | Futuro Abdomen Support | 1 - Large | $40.00 |
| 135-4588 | Scott Abdominal Binder | 3 - Small @35 | $105.00 |
| 1312297 | Sport Aid Abdominal Binder | 2 - Small @35 | $70.00 |
| SS4915120 | Leader Abdominal Binder | 1 - Large | $29.00 |
| SS1930LG | Scott Abdominal Binder | 2 - Large @36 | $72.00 |
| 34-201 | UNSTD Rib Belt | 3 - Universal @35 | $105.00 |
| 1101609 | Futuro Performance Knee Support | 1 - Medium | $25.00 |
| 1720044 | Futuro Performance Knee Support | 1 - Large | $25.00 |
| 1926963 | Futuro Knee Comfort Support with Stabilizers | 1 - Large | $25.00 |
| 1385327 | Sportaid Neoprene Slip-on Knee | 2 - Xlarge @25 | $50.00 |
| SSSA9041BLU | Sportaid Neoprene Thigh/Hamstring Support | 2 - Medium @50 | $50.00 |
| 271-4871 | Mueller Ankle Stabilizer | 2 | $40.00 |
| 215-7410 | Ankle Brace with Airliners | 1 | $69.00 |
| PRF745059 | Women's Plantar Fascitis | 1 (6-10) | $16.00 |
| 400-00XSLH | Gel Impact Glove | 1 - Xsmall - Left | $20.00 |
| 400-00SRH | Gel Impact Glove | 1 - Small - Right | $20.00 |
| 400 00XSRH | Gel Impact Glove | 1 - Xsmall - Right | $20.00 |
| 182-0315 | Sportaid Slip-on Elbow Compression | 2 - Large @12 | $24.00 |
| 1826350 | Sportaid Slip-on Elbow Compression | 1 - Small | $12.00 |
| 48579 | Futuro Hinged Knee Brace | 1 | $69.00 |
| 1330042 | Sportaid Therma Dry Patella Knee | 2 - Small @50 | $100.00 |
| 1858653 | Sportaid Hinged Knee Brace | 1 - Xkarge | $79.00 |
| 1858471 | Sportaid Hinged Knee Brace | 2 - Large @79 | $158.00 |
| 37105 | Thigh Wrap | 1 - Universal | $25.00 |
| 2169936 | Hinged Knee Brace | 1 - Large | $79.00 |
| PM1RLAJ6BL | Jr. Rollator | 1 - Blue | $160.00 |

| PM1RLAJ6BG | Jr. Rollator | 1 - Burgundy | $160.00 |
| DRR800KDBL | Drive Rollator 6" Wheels | 1 - Blue | $129.00 |
| ZZRWAL03 | Body Med Knee Walker | 1 | $280.00 |
| 19601SM | Safe Sport Compressive Elbow Sleeve | 1 - Small | $25.00 |
| 1330380 | Sport Aid Tennis Elbow Sleeve | 1 - Medium | $25.00 |
| 2227312 | ACE Elbow Support Mild | 1 - L/XL | $20.00 |
| 1929496 | ACE Knitted Elbow Support Mild | 1 - Large | $12.00 |
| 1310549 | Sportaid Deluxe Wrist Brace | 1 - Medium RT | $69.00 |
| 131448 | Sportaid Deluxe Wrist Brace | 1 - Large RT | $69.00 |
| 1310614 | Sportaid Deluxe Wrist Brace | 1 - Small Left | $69.00 |
| 1310499 | Sportaid Deluxe Wrist Brace | 1 - Medium Left | $69.00 |
| 1310226 | Sportaid Deluxe Wrist Brace | 2 - Large Left @69 | $138.00 |
| 1311398 | Sportaid Deluxe Wrist Brace | 1 - Xlarge Left | $69.00 |
| 2227338 | ACE Arm Sling | | $15.00 |
| 2227312 | ACE Elbow Support | 1 - L/XL - Black | $20.00 |
| 192-9496 | ACE Elbow Support | 1 - Large - White | $12.00 |
| 99505 | Pull-IT Adjustable Back Abdominal | 1 | $49.00 |
| 1819655 | Sportaid Back Brace | 1 - 9"  M/L - Black | $49.00 |
| SS4915153 | HEMA Belt | 1 - Large | $32.00 |
| 1262930 | Jumper Strap | 1 | $15.00 |
| 1820877 | Sportaid Slip-on Knee | 1 - Large Solid | $20.00 |
| 1821891 | Sportaid Slip-on Knee | 1 - Large - Blue Kneehole | $25.00 |
| 1715168 | Futuro Knee Support | 1 | $12.00 |
| NV439T-R | Walker Tray | 1 | $20.00 |
| KHPKCMPRC | Foam Ring Cushion | 1 | $20.00 |
| HFFW40705 | Foam Wedge Support Cushion | 1 | $40.00 |
| | Knee Pillow | 1 | $15.00 |
| 3551066 | Foam Lumbar Drive Support Cushion | 2 @22 | $44.00 |
| 2596724 | McKesson Lumbar Support Cushion | 1 | $20.00 |
| BO9JCPL52T | Mr. Pen Lumbar Support Pillow | 1 | $28.00 |
| 3674108 | Drive Grab Bar | 1 - 12" | $20.00 |
| ZCHCGBW0016R | Cardinal Health Grab Bar | 1 - 16" | $20.00 |
| AMZ8718 | Moen Grab Bar | 1 - 18" | $44.00 |
| AMZ8912 | Moen Grab Bar | 3 - 12" @32 | $96.00 |

| | | | |
|---|---|---|---|
| AMZ8724 | Moen Grab Bar | 2 - 24"@38 | $76.00 |
| 3216223 | McKesson Grab Bar | 1 - Chrome - 18" | $20.00 |
| 3753167 | McKesson Grab Bar | 1 - White - 18" | $20.00 |
| 6455119661900 | Bed Assist Rail | 1 | $85.00 |
| PM1BSTB | Transfer Bench | 2 @100 | $200.00 |
| X0033ZR73X | Wefaner Comfort Wipes | 1 | $18.00 |
| 3674157 | Drive Handy Grabber | 1 - 28" | $18.00 |
| 375-3183 | McKesson Grab Bar - Bath Tub | 1 | $40.00 |
| ZEWUAM710 | Blood Pressure Monitor | 2 @54 | $108.00 |
| A7059842 | Withings Smart Blood Pressure Monitor | 1 | $80.00 |
| ADC8506022NX | Blood Press Cuff | 1 - Large | $40.00 |
| 27122 | Sprague Diaphragm Stethoscope Replacement | 1 | $2.00 |
| X00GNOGZN | Tru Medic Elec.Tens Massager | 1 | $55.00 |
| FUDI1010 | Intensity 10 Tens Massager | 1 | $95.00 |
| CH42171 | Dura-Stick Self-Adhesive Electrodes | 2" round pack of 4 | $11.00 |
| ZRMD300C29 | OxyWatch Pulse Oximeter | 1 | $50.00 |
| 70581 | Digital Therometer | 2 @15 | $30.00 |
| 2261121 | Therabeads Moist Heat | 1 | $30.00 |
| 2245454 | Hot Cold Wrap | 1 - Xlarge | $30.00 |
| COSBE1833C | Sea Turtle Cold Pack | 2 @12 | $24.00 |
| 55102 | Instant Cold Pack | 1 - Medium (6" x 65") | $1.00 |
| 5511440900 | Instant Cold Pack | 1 - Large (6" x 9") | $1.00 |
| 1797026 | Moist Heat Thermatherapy | 1 | $18.00 |
| 63262241922Z | Posture Corrector | 1 | $32.00 |
| KAXPK143W24 | DynaFilter | 1 | $10.00 |
| 328791 | Hand Sanitizer | 25 - 500ml @15 | $375 |
| 1983765 | Hand and Surface Sanitizer | 2 - Gallon @40 per ga | $80.00 |
| | N95 Masks | 6@3 for $10 | $60.00 |
| 2714129 | No-Rinse Body Bath | 1 - 16oz. | $5.00 |
| 1263961 | Lamp Switch Turner | 1 | $2.00 |
| 1157510 | Blistex | 1 - .35 Tube | $3.00 |
| 2073237 | Blistex Nurture & Nourish Stick | 2 - .15 sticks @2 ea | $4.00 |
| | Replacement Commode Seat | 1 | $20.00 |
| | KN95 Masks | 10$7.00 each@ | $70.00 |

| | | | |
|---|---|---|---|
| BOOUN115F8 | Sock Aid with Handles | 2 @11 | $22.00 |
| 1844596 | Carex Sock Aid | 1 | $17.00 |
| 1933704 | DMI Deluxe Sock Aid | 2 @15 | $30.00 |
| E01504 | Arion Easy Slide Sock Aid | 1 | $45.00 |
| A754-41 | Sammons Preston Compression Stocking Aid | 1 - Large | $27.00 |
| BOONHOXG7E | Theracane Deep Pressure Massager | 1 | $60.00 |
| X00217RT5Z | Body Back Massager | 1 | $60.00 |
| 1996628 | Sunmark Slant Tip Tweezer | 1 | $2.00 |
| 3710969 | Apex Micro Fiber Cloth | 1 | $2.00 |
| ISG5940490 | Invacare Zipper & Button Puller | 1 | $5.00 |
| 1982727 | Sunmark Ear Plugs | 2 @5 | $10.00 |
| EN17 | Carex Jar Opener | 1 | $6.00 |
| 1266170 | Carex Doorknob Grips | 2 @6 | $12.00 |
| 1340223 | Medical Alert Necklace | 1 | $9.00 |
| 2279735 | Ezy Dose Weekly Pill Planner | 2 - Small @2 | $4.00 |
| 2279792 | Ezy Dose Weekly Pill Planner | 2 - Large | $4.00 |
| 3278934 | Acu-Life Pill Crusher | 3@2 | $6.00 |
| 378-2513 | Ezy Dose Keychain Pill Container | 1 - Xlarge | $9.00 |
| 199-3492 | Foam Toe Bandages | 1 - Small, Medium & Large (1 set) | $6.00 |
| 199-3301568 | Profoot Toe Bandages | 1 | $6.00 |
| 1723881 | PediFix Toe Spacers | 1 | $5.00 |
| 1698737 | ProFoot Toe Protector | 1 | $5.00 |
| 226-4992 | Moleskin Plus Padding | 2 @3 | $6.00 |
| AMTAN | HealthSmart Coiler Shoe Laces | 1 | $3.00 |
| AMBLACK | HealthSmart Coiler Shoe Laces | 2 @3 | $6.00 |
| 64090040002 | HealthSmart Coiler Shoe Laces | 1 | $3.00 |
| | VENOSAN Gloves for Donning & Doffing Compression Socks | 1 | $12.00 |
| ISG5914771 | Invacare Mealtime Protector | 2 @12 | $24.00 |
| DX4521 | Suture Removal Kit | 1 | $6.00 |
| 6000BDL | Juzo Compression Wrap | 1 - Xlarge (Calf) | $109.00 |
| X002BEPICB | Hook and Loop Tape | 1 - Box or $1.00/inch | $27.00 |
| TB22120 | Thera Bands | 2 @15 | $30.00 |
| X000XZEHMZ | Fit Simplify Exercise Band | 1 | $26.00 |
| 185-5204 | Cervical Collar | 2 @10 | $20.00 |

| 112-0278 | Futuro Cervical Collar | 1 | $22.00 |
|---|---|---|---|
| 217 4076 | Curad Heel & Elbow Protector | 1 | $15.00 |
| ZGHEPLRGZGHEP | ReliaMed Heel & Elbow Protector | 1 - Large | $20.00 |
| ZGHEPLRGZGHEP | ReliaMed Heel & Elbow Protector | 1 - Xlarge | $20.00 |
| 1303 | Dual Luman Cannula Airlife Oxygen Tubing | 5 - 14' | $5.00 |
| 1119 | Dual Luman Cannula Star Lumen Tubing | 4 - 25ft @5 | $20.00 |
| 1830 | Dual Luman Cannula | 20 - 5' @5 | $100.00 |
| 1107 | Cannula with connector | 1 - 7' | $5.00 |
| 1925 | Cannula Star Lemen Tubing | 10 - 7' @5 | $50.00 |
| 9996-1 | Oxygen Tubing with connector | 9 - 1' @5 | $45 |
| 16 Soft - 7 (1600) | Cannula | 26 - 7' @5 | $130.00 |
| 1104 | Cannula | 1 - 4' | $5.00 |
| 385 | Pedi Neb | 2 @5 | $5.00 |
| AG56506 | Neb Filters - Filter Kit | 3 @5 | $14.00 |
| 3655LT-601 | Neb Filters - Filter | 7 - 5pk @5 | $35.00 |
| AG3655 | Filter | 6 - 5pk @5 | $5.00 |
| AF167 | Filter | 2 - 10pk | $5.00 |
| 1083 | Adult Aerosol Mask | 5 | $5.00 |
| 921080 | Pediatric Aerosol Mask | 10 | $3.50 |
| 1225 | Swivel Connector | 2 @5 | $10.00 |
| 440 | EarMates | 8 - Ear Protectors @1 | $8.00 |
| 1016 | EZ Wrap Ear Foam Tubes | 8  - Ear Protectors | $16.00 |
| 64597 | Water Trap | 10 @6 | $60.00 |
| 1861 | Water Trap | 9 @6 | $54.00 |
| 2016-02 | Airway Connector | 7 @30 | $210.00 |
| AG66079 | Oxygen Wrench | 1 | $8.00 |
| RES1000 | Oxygen Accessory Kit | 2 @18 | $16.00 |
| 1220 | Oxygen Connector | 18 @1 | $18 |
| 921642 | Pressure Line Adapters | 12 @8 | $96.00 |
| 2025G-25 | Oxygen Tubing | 4 - 25' @5 | $20.00 |
| 589 | Cannula | 1 - 25' | $5.00 |
| 921814 | Cannula | 7 - 50' @5 | $35.00 |
| 64234 | Tubing | 2 - 50' @10 | $20.00 |
| 1606-0 | Nasal Cannula without tube | 34 @5 | $170.00 |

| 2002G7 | Oxygen Tubing | 3 @5 | $15.00 |
|---|---|---|---|
| 7600-0 | Humidifiers | 7 @12 | $84.00 |
| 64375 | Humidifiers | 7 @12 | $84.00 |
| 7100-0 | Humidifiers | 2 @12 | $24.00 |
| 1142687 | CPAP Filters | 10 @4 | $40.00 |
| 1142829 | CPAP Filters | 12 - 2pk @4 | $24.00 |
| 5964 | CPAP Filters | 3 - 2pk @4 | $12.00 |
| 900150 | CPAP Filters | 5@5 | $25.00 |
| 1122446 | CPAP Filters | 10 @5 | $50.00 |
| 1122518 | CPAP Filters | 24 - 2pk @4 | $96.00 |
| 33916 MED | CPAP Filters | 5 - 2pk @4 | $20.00 |
| 1121498 | CPAP Filters | 1 | $4.00 |
| 1820 | Cannula | 4 - 7' @6 | $24 |
| 4904 | Cannula | 2 - 4' @5 | $10.00 |
| 4907 | Cannula | 2 - 7' @5 | $10.00 |
| 8140 | Oxygen Mask with tubing | 5 @10 | $50.00 |
| 64041 | Oxygen Mask with tubing | 3@10 | $30 |
| 1100 | Cannula without tubing | 9 @8 | $72.00 |
| 61400 | Aeromist Nebulizer Kit | 4 @26 | $104.00 |
| 1059 | Oxygen Mask with tubing | 5 @28 | $140.00 |
| 1051168 | Non-Swivel Hose Elbow | 11 @15 | $165.00 |
| T1008104 | DC Cord Replacement Fuse | 4 - 7A @28 | $112.00 |
| T532211 | Power Cord Fuse | 4 - 5A @22 | $88.00 |
| T622056 | DC Cord Replacement Fuse | 3 - 3A @22 | $66.00 |
| 1112031 | WISP CPAP Cushions | 14 - Xlarge | $50.00 |
| 1094088 | WISP CPAP Cushions | 6 - Large | $50.00 |
| 1116743 | DreamWear Nasal CPAP Cushions | 9 - Large | $50.00 |
| 1105173 | Gel Pillows | 1 - Small | $65.00 |
| 10405 | Forearm Crutches | 2 - Adult Tall @130.00 | $260.00 |
|  | Bed Hospital | 1 | $900.00 |
|  | Sheepskin Decubitus Pad | 1 | $60.00 |
| 64806060 | Heavy Duty Crutches | 1 | $60.00 |
|  | Heavy Duty Crutches | 1 - Adult  Bariatric | $150.00 |
|  | Gauze Sponges | 1 - Tall Bariatric | $150.00 |

| | | | |
|---|---|---|---|
| | Alcohol Prep Pads | 25 - 4x4@1 | $25.00 |
| | Infinity Interalite | 800@.05 | $40.00 |
| | Tubing | 1 | $1,000.00 |
| | Mic-key Feed Extension Set | 4 @25 | $100.00 |
| | Infinity Feeding Pump | 2 @264.00 | $528.00 |
| | VitalCough System | 15 @20 | $120.00 |
| | Coloplast Catheters 16 fr Indwelling | 30-16 fr @2 | $60 |
| 8311554 | Sponge Q-Tips | 50-@.50 | $25.00 |
| | Syringe Slip Tip | 40-60 ml (1 case) | $25.00 |
| | Syringe Slip Tip | 40 - 50ml (1 case) | $25.00 |
| | External Syringe Tip Cap | 40 - 60ml (1 case) | $25.00 |
| | Saline Single Dose Vials | 100 - 60ml | $15.00 |
| | Solution Bowl | 200 @ | $35.00 |
| 61000 | | 25 @1 | $      25.0 |

| | | |
|---|---|---|
| Oxygen Regulators | 70@192.20  13,454 | $13,454.00 |
| Oxygen Tanks Small | 78 @ $106 ea | 8,268.00 |
| Oxygen Tanks Med | 17 @ 124 ea | $2,108.00 |
| Oxygen Tanks Large | 117 @116 | $13,572.00 |
| Oxygen Concentrators | 20@ $400 | $8,000 |
| | | $57,918.50 |

order@birdcronin.com

We are very sorry to announce that MyMedMart will be closing its doors on April 1, 2023. We have been honored to work with you, but we have not been able to overcome the tragedy of COVID and the losses we experienced over the past couple years. Declining reimbursements and high costs have taken their toll.

We would like to return the product inventory so we could reduce our debt burden.  I am sending invoices and asking for shipping labels and return authorization. For information or questions, please contact us.

Sincerely,

Maureen Seamonds, President



**MyMedMart**

Maureen Seamonds
909 Willson Avenue
Box 215
Webster City, Iowa 50595
Ofc 515-832-4849
www.mymedmart.com

## Invoice

**Bird and Cronin**
**Department 3771**
**PO Box 123771**
**Dallas, TX 75312-3771**

We are returning the following inventory :

INVOICE # 1176548

1 AirTrio Shell Ankle Walker LG/X 49.90
2 Cinch Lock Brace 8" MD RT 7.30 14.60
2 Premier Wrist w/ Thumb LG LT 11.45 22.90
1 Swede-O INNERLOK 8 BLACK SM 39.95
1 Swede-O INNERLOK 8 BLACK MD 39.95

INVOICE  # 1183483
2 PREMIER WRIST W/THUMB SM RT 12.50
2 PREMIER WRIST W/THUMB MD RT 12.50
1 PREMIER WRIST W/THUMB LG RT 12.50
1 PREMIER WRIST W/THUMB MD LT 12.50
1 F8X ANKLE SUPPORT W/STAYS XS 21.00
1 F8X ANKLE SUPPORT W/STAYS SM 21.00
2 AIR TRIO SHELL ANKLE WALKER LG/X 53.40 213.60
1 POST-OP SHOE DLX 2 MALE SM 10.50
3 POST -OP SHOE DLX 2 MALE MD 10.50 31.50
2 POST -OP SHOE DLX 2 MALE LG10.50 21.00
1 POST -OP SHOE DLX 2 MALE XL 10.50

INVOICE # 1185144
2 SHOULDER IMMOBLIXER UNIV 17.00 34.00
1 F8XANKLE SUPPORT W/STAYS MD 21.00
1 F8XANKLE SUPPORT W/STAYS LG 21.00
1 AIR TRIO SHELL WALKER LOW TOP L 53.40
2 AIR TRIO SHELL WALKER LOW TOP SM 53.40 106.80
4 AIR TRIO SHELL WALKER LOW TOP M 53.40 213.60
1 PREMIER WRIST W/THUMB SM LT 12.50
1 PREMIER WRIST W/THUMB MD RT 12.50

INVOICE #1189174
3 ENVELOPE STYLE ARM SLING LG 4.30
1 TRI PANEL KNEE IMMOBILIZER 30" BLK 22.70
1 POST-OP SHOE DLX 2 MALE SM 10.50

1 POST-OP SHOE DLX 2 MALE LG 10.50
1 POST-OP SHOE DLX 2 FEMALE LG 10.50

INVOICE # 1191004
3 ENVELOPE STYLE ARM SLING SM 4.30 1290
2 ENVELOPE STYLE ARM SLING MD 4.30 8.60
1 ENVELOPE STYLE ARM SLING LG 4.30
1 ENVELOPE STYLE ARM SLING XL 4.30
1 PREMIER WRIST W/THUMB SM LT 12.50
1 PREMIER WRIST W/THUMB MD RT 12.50
2 F8XANKLE SUPPORT W STAYS SM 21.00
1 F8XANKLE SUPPORT W STAYS XL 21.00
1 POST-OP SHOE DLX 2 MALE SM 10.50
3 POST-OP SHOE DLX 2 MALE MD 10.50 31.50
3 POST-OP SHOE DLX 2 MALE LG  10.50 31.50
1 AIR TRIO SHELL WALKER LOW TOP S S53.401
1 AIR TRIO SHELL WALKER LOW TOP M S53.40
1 AIR TRIO SHELL WALKER LOW TOP SM S53.40
2 AIR TRIO SHELL WALKER LOW TOP MD S53.40 $106.80
1 AIR TRIO SHELL WALKER LOW TOPLG/X  S53.40

INVOICE # 119044
1 ASPEN COLLAR ADULT SHORT 48.20
1 TRI-PANEL KNEE INMMOB 20" BLK 22.70
1 ENVELOPE STYLE ARM SLING XS 4.30
2 ENVELOPE STYLE ARM SLING MD 4.30 8.60
2 LEVEL RITE HEEL LIFT LG 10.30 20.60
1 AIR TRIO SHELL ANKLE WALKER MD 53.40
2 AIR TRIO SHELL ANKLE WALKER LG/X 53.40 106.80

INVOICE #  1196380
3 PREMIER WRISTW/THUMB SM LT 12.50 37.50
1 PREMIER WRISTW/THUMB D LT 12.50

1 PREMIER WRISTW/THUMB SM RT 12.50
2 F8X ANKLE SUPPORT W/STAYS SM 21.00 42.00
1 F8X ANKLE SUPPORT W/STAYS LG 21.00
2 AIR TRIO SHELL ANKLE WALKER MD 53.40 106.80
1 POST-OP SHOE DLX 2 MALE XL 10.50

INVOICE # /??? 05/23/22
2 AIR TRIO SHELL ANKLE WALKER LOW TOP M 49.90  99.80
2 AIR TRIO SHELL ANKLE WALKER SM 49.90  99.8
2 AIR TRIO SHELL ANKLE WALKER M 49.90  99.80
2 AIR TRIO SHELL ANKLE WALKERLG/X 49.90  99.80
1 PREMIER WRIST W/THUMB MD RT 11.45
3 ENVELOPE STYLE ARM SLING MD 4.00 12.99
1 ENVELOPE STYLE ARM SLING LG 4.00
2 TRI-PANEL KNEE IMMOM 20" BLK 21.20 42.40
1 POST-OP SHOE DLX 2 MALE XL 9.95
1 POST-OP SHOE DLX 2 FEMALE LG 9.95


Thank you.

Maureen Seamonds



**MyMedMart**
info@mymedmart.com

| Fill in this information to identify the case: |
| --- |

Debtor name __**E-MedMart, Inc.**__

United States Bankruptcy Court for the:  __NORTHERN DISTRICT OF IOWA__

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name    **E-MedMart, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Accendo Insurance Co.**<br>**151 Farmington Ave.**<br>**Hartford, CT 06156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | Basis for the claim:  **Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Administrative Concepts**<br>**PO Box 4000**<br>**Collegeville, PA 19426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | Basis for the claim:  **Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Aetna Coventry**<br>**601 W. 11th**<br>**Coffeyville, KS 67337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | Basis for the claim:  **Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **American Board of Certification**<br>**330 John Carlyle Street Ste. 210**<br>**Alexandria, VA 22314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____<br>Last 4 digits of account number _____ | Basis for the claim:  **Services** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **E-MedMart, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Continental**
PO Box 14770
Lexington, KY 40512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Republic**
PO Box 21670
Saint Paul, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Amerigroup**
PO Box 61010
Virginia Beach, VA 23466

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anthem Blue Cross and Blue Shield**
PO Box 105187
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.59**

**ARI Network Services, Inc.**
120 W Second St.
Duluth, MN 55802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Website Hosting Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Auto Owners Insurance**
PO Box 740312
Cincinnati, OH 45274-0312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **8697**

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Auxiant Midlands**
PO Box 5809
Troy, MI 48007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | E-MedMart, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Availity**
**5555 Gate Parkway Ste. 110**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Banker's Fidelity**
**PO Box 105652**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BCBS of Iowa**
**PO Box 9232**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** `_

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,946.02** |
|---|---|---|---|

**Bird and Cronin LLC**
**1200 Trapp Rd.**
**Saint Paul, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Returned inventory of $1,835.21 for credit of $1,649.06 (less 15% restock fee and $120 shipping)**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,270.14** |
|---|---|---|---|

**Black Hills Energy**
**PO Box 7966**
**Carol Stream, IL 60197-7966**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,662.07** |
|---|---|---|---|

**Capital One Spark Business**
**PO Box 4069**
**Carol Stream, IL 60197-4069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,369.75** |
|---|---|---|---|

**Cardinal Health at-Home**
**fka RGH Enterprises, Inc.**
**PO Box 635864**
**Cincinnati, OH 45263-5864**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Products**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E-MedMart, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| Centene Corporation<br>7700 Forsyth Rd.<br>Saint Louis, MO 63101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| Centers for Medicare & Medicaid Services<br>7500 Security Blvd.<br>Windsor Mill, MD 21244 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Appeals | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.21**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$227.98** |
|---|---|---|
| Century Link<br>PO Box 2956<br>Phoenix, AZ 85062-2956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.22**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| Cigna MCR Supplement<br>PO Box 26580<br>Austin, TX 78755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.23**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$389.04** |
|---|---|---|
| City of Webster City<br>400 2nd St.<br>PO Box 217<br>Webster City, IA 50595-0217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.24**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| CJ Moyna & Sons<br>24412 1A-13<br>Elkader, IA 52043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.25**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| Crestview Nursing and Rehab<br>2401 Des Moines St.<br>Webster City, IA 50595 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **E-MedMart, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Deluxe Checks and Envelopes**
**PO Box 4656**
**Carol Stream, IL 60197-4656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Dentons Davis Brown PC**
**215 10th St, Suite 1300**
**Des Moines, IA 50309-3993**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Invoice #1535137 for April 2023 services plus May services**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,354.50**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Don Seamonds**
**2623 Timberlane Trail**
**Webster City, IA 50595**

Date(s) debt was incurred  **May 6, 2022 - January 3, 2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unsecured Loans**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,300.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**EMC Insurance**
**PO Box 717**
**717 Mulberry**
**Des Moines, IA 50303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Fitzgerald Industries**
**1903 Tabor Avenue**
**Manson, IA 50563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Fredrikson & Byron, P.A.**
**200 S 6th St., Suite 4000**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,802.18**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Gerber Life Insurance Co.**
**PO Box 2271**
**Omaha, NE 68103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | E-MedMart, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,197.52 |
|---|---|---|---|

**Gordon Flesch Company, Inc.**
**aka GFC Leasing**
**PO Box 2290**
**Madison, WI 53701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4-8-2020**

Basis for the claim: **Printer Leases**

Last 4 digits of account number **8431**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Great Southern Life Ins. Co.**
**PO Box 10814**
**Clearwater, FL 33757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hamilton County Public Health**
**1610 Collins, Suite One**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hamilton County Sheriff Work Comp.**
**2300 Superior St. Ste. 8**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.00 |
|---|---|---|---|

**Hamilton County Treasurer's Office**
**2300 Superior St. #7**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Van License Plate #CTF512**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hawkeye Pest Control**
**1795 Park Circle**
**Clarion, IA 50525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HealthPartners**
**8170 33rd Ave. S**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E-MedMart, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heartland National**
**PO Box 11903**
**Winston Salem, NC 27116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services__

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Humana Gold Care**
**Attn: Claims**
**PO Box 8030**
**Farmington, MO 63640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services__

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Independence Medical**
**1810 Summit Commerce Park**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services__

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Inogen**
**600 Shiloh Rd.**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services__

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Invacare Corporation**
**1 Invacare Way**
**Elyria, OH 44035-4190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services - credit $36.99__

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Iowa Board of Pharmacy**
**400 S.W. 8th St. Ste. E**
**Des Moines, IA 50309-4688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services__

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Iowa Total Care**
**1080 Jordan Creek Pkwy, Suite 100**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** __Services__

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | E-MedMart, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**

**J & D Computers**
**312 E 1st St.**
**Grimes, IA 50111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,407.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Juzo**
**PO Box 1088**
**Cuyahoga Falls, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**K.C. Nielsen Ltd.**
**223 Herman St.**
**Woolstock, IA 50599**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Knit-Rite, Inc.**
**120 Osage Avenue**
**Kansas City, KS 66105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$59.13**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**KR Employment LLC**
**2818 NW 25th St.**
**Ankeny, IA 50023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Lake Court Medical Supplies**
**27733 Groesbeck Hwy**
**Roseville, MI 48066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Lumen Work Comp**
**925 High Street**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | E-MedMart, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address

**Maureen Seamonds**
**2623 Timberlane Trail**
**Webster City, IA 50595**

Date(s) debt was incurred  **Various dates from October 5, 2021 to June 2, 2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Loans**

Is the claim subject to offset? ■ No ☐ Yes

**$159,528.90**

---

**3.55** | Nonpriority creditor's name and mailing address

**McKessson Medical Supplies**
**6555 State Hwy 161**
**Irving, TX 75039**

Date(s) debt was incurred __

Last 4 digits of account number  **4683**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56** | Nonpriority creditor's name and mailing address

**Medica**
**PO Box 981647**
**El Paso, TX 79998**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57** | Nonpriority creditor's name and mailing address

**Medical Assoc. Comm. Plan**
**1605 Associate Dr.**
**Dubuque, IA 52002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58** | Nonpriority creditor's name and mailing address

**Medicare Aetna**
**PO Box 981106**
**El Paso, TX 79998**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.59** | Nonpriority creditor's name and mailing address

**Medicare DMERC Region D - CEDI**
**PO Box 6727**
**Fargo, ND 58106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address

**Medicare UHC/AARP**
**PO Box 30995**
**Salt Lake City, UT 84130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **E-MedMart, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meritain Health**
**1405 Xenium Ln N #140**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Midlands Choice**
**8420 W Dodge St. Ste. 21**
**Omaha, NE 68114-3459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Molina Healthcare**
**3000 Corporate Exchange Drive**
**Columbus, OH 43231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,672.75** |
|---|---|---|---|

**MyMedMartCBD, LLC**
**723 Seneca St.**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unsecured Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,393.72** |
|---|---|---|---|

**Newcastle Chase LLC**
**723 Seneca St.**
**Webster City, IA 50595-2225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **May 2023**

**Last 4 digits of account number** _

**Basis for the claim:** __Claim formerly held by Availa Bank__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,606.28** |
|---|---|---|---|

**Newcastle Properties LLC**
**723 Seneca St.**
**Webster City, IA 50595-2225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **May 2023**

**Last 4 digits of account number** _

**Basis for the claim:** __Claim formerly held by Availa Bank__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Noridian Healthcare Solutions, LLC - JD**
**Attn. Appeals**
**900 42nd. St. S**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Appeals__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **E-MedMart, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.68**

Nonpriority creditor's name and mailing address
**Omaha Insurance Company**
**3300 Mutual Of Omaha Plaza**
**Omaha, NE 68175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69**

Nonpriority creditor's name and mailing address
**Philips RS North America LLC**
**f/k/a Respironics, Inc.**
**6501 Living Place**
**Pittsburgh, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$87.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70**

Nonpriority creditor's name and mailing address
**Platinum Connect**
**620 2nd St. Ste. 2**
**PO Box 665**
**Webster City, IA 50595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71**

Nonpriority creditor's name and mailing address
**Pride Mobility Products Corp.**
**401 York Ave.**
**Duryea, PA 18642-2025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - credit $143.45**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.72**

Nonpriority creditor's name and mailing address
**Priority Health**
**PO Box 269**
**Grand Rapids, MI 49501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73**

Nonpriority creditor's name and mailing address
**Professional Solutions**
**14001 University Avenue**
**Clive, IA 50325-8258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Processor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74**

Nonpriority creditor's name and mailing address
**Progressive**
**PO Box 6807**
**Cleveland, OH 44101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **E-MedMart, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107.79 |
|---|---|---|---|

**ResMed Corp.**
**9001 Spectrum Center Blvd.**
**San Diego, CA 92123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rhythm Healthcare**
**3200 Tyrone Blvd. N**
**Saint Petersburg, FL 33710**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Secura Insurance**
**PO Box 14874**
**Lexington, KY 40512**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Selective Insurance**
**PO Box 782747**
**Philadelphia, PA 19178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Seneca Foundry Inc.**
**240 Mackinlay Kantor Dr.**
**Webster City, IA 50595**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State Farm Group Medical**
**PO Box 339403**
**Greeley, CO 80633**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stein Heating & Cooling**
**1120 E Second St.**
**Webster City, IA 50595**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **E-MedMart, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.42** |
|---|---|---|---|

**Stericycle Shred-it**
**28883 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**TeamDME!**
**750 Old Hickory Blvd.**
**Ste. 1-285**
**Brentwood, TN 37027-4528**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Billing Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Hartford**
**PO Box 14170**
**Lexington, KY 40512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,088.73** |
|---|---|---|---|

**The van Halem Group**
**Attn:  Sandra Gauron**
**PO Box 2817**
**Waterloo, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Consulting Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221,521.47** |
|---|---|---|---|

**Thomas J. Chambers**
**303 Loblolly Ct.**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  various dates**

Basis for the claim:  **Unsecured Loans**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tony Jones**
**904 2nd St.**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tricare for Life**
**PO Box 7890**
**Madison, WI 53707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **E-MedMart, Inc.**                                                    Case number (if known) _____
         Name

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|-----------------------------------------------------------------|-------------|

**3.89**  **Nonpriority creditor's name and mailing address**
**Tricare Health Net**
**PO Box 202112**
**Florence, SC 29502**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.90**  **Nonpriority creditor's name and mailing address**
**Tricare West**
**PO Box 8999**
**Madison, WI 53708**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.91**  **Nonpriority creditor's name and mailing address**
**Trulife**
**2010 East High St.**
**Jackson, MI 49203**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.92**  **Nonpriority creditor's name and mailing address**
**U.S. Department of Health & Human Svcs.**
**Office of Medicare Hearings and Appeals**
**230 N. First Avenue, Suite 302**
**Phoenix, AZ 85003**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Appeals**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.93**  **Nonpriority creditor's name and mailing address**
**United HealthCare**
**PO Box 30555**
**Salt Lake City, UT 84130**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.94**  **Nonpriority creditor's name and mailing address**
**United Medical Resources UMR**
**PO Box 30541**
**Salt Lake City, UT 84130**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.95**  **Nonpriority creditor's name and mailing address**
**United World**
**3316 Farnam St.**
**Omaha, NE 68175**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **E-MedMart, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**UPMC Comm HealthChoices**
**PO Box 2995**
**Pittsburgh, PA 15230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**VA Healthcare**
**PO Box 30780**
**Tampa, FL 33604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Van Diest Supply**
**PO Box 21853**
**Saint Paul, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Vantec LLC**
**205 Closz Dr.**
**Webster City, IA 50595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Webster City Utilities**
**PO Box 217**
**Webster City, IA 50595-0217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Wellmark**
**PO Box 9232**
**Des Moines, IA 50306-9232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allianz Trade in North America Collections - Accounting**<br>**800 Red Brook Blvd.**<br>**Owings Mills, MD 21117** | Line **3.18** | _ |
| | | ☐ Not listed. Explain ____ | |

| Debtor | **E-MedMart, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Attorney General of the United States**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20503-0001** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Auto Owners Insurance**<br>**PO Box 30315**<br>**Lansing, MI 48909-7815** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Black Hills Energy**<br>**PO Box 6001**<br>**Rapid City, SD 57709-6001** | Line **3.16**<br><br>☐ Not listed. Explain ____ | **8592** |
| 4.5 | **Department of Health & Human Svcs.**<br>**General Counsel**<br>**200 Independence Avenue, S.W.**<br>**Washington, DC 20201** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **DME MAC Jurisdiction D**<br>**PO Box 6727**<br>**Fargo, ND 58108-6727** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Euler Hermes Collections NA**<br>**800 Red Brook Blvd., Suite 400C**<br>**Owings Mills, MD 21117** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Euler Hermes Collections NA**<br>**420 Montgomery**<br>**San Francisco, CA 94104** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Fredrikson & Byron, P.A.**<br>**525 Park St. Suite 225**<br>**Angora, MN 55703-2111** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **HealthPartners Claims**<br>**PO Box 1289**<br>**Minneapolis, MN 55440-1289** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Iowa Total Care**<br>**Attn: Claims**<br>**PO Box 8030**<br>**Farmington, MO 63640** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Julius Zorn, Inc.**<br>**3690 Zorn Drive**<br>**Cuyahoga Falls, OH 44223** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **K.C. Nielsen Ltd.**<br>**400 Closz Dr.**<br>**Webster City, IA 50595** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Lake Court Medical Supplies**<br>**1400 Mark St.**<br>**Elk Grove Village, IL 60007** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | E-MedMart, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.15 **Maximus Federal Services, Inc.**<br>**QIC DME Project**<br>**3750 Monroe Ave., Suite 777**<br>**Pittsford, NY 14534-1302** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **Midlands Choice**<br>**PO Box 1289**<br>**Minneapolis, MN 55440** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Midlands Choice**<br>**13815 FNB Parkway, Suite 250**<br>**Omaha, NE 68154** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 **Noridian Healthcare Solutions, LLC**<br>**PO Box 511531**<br>**Los Angeles, CA 90051-8086** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **Noridian Healthcare Solutions, LLC**<br>**PO Box 6713**<br>**Fargo, ND 58108-6713** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 **Noridian Healthcare Solutions, LLC**<br>**PO Box 6727**<br>**Fargo, ND 58108-6727** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 **Noridian Healthcare Solutions, LLC**<br>**Attn: Overpayment Redeterminations**<br>**PO Box 6728**<br>**Fargo, ND 58108-6728** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 **Noridian JD DME**<br>**Attn. Appeals**<br>**900 42nd. St. S**<br>**PO Box 6727**<br>**Fargo, ND 58103-2119** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **Palmetto GBA**<br>**PO Box 100142**<br>**Columbia, SC 29202-3142** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 **Performant Recovery, Inc.**<br>**PO Box 3568**<br>**San Angelo, TX 76902** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **Philips RS North America LLC**<br>**174 Tech Center Dr., Suite 200**<br>**Mount Pleasant, PA 15666** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **The van Halem Group**<br>**101 Marrietta St SW, Suite 2460**<br>**Atlanta, GA 30303** | Line **3.85**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | E-MedMart, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.27 | **The van Halem Group**<br>**1111 W San Marnan Dr.**<br>**Waterloo, IA 50701** | Line **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **U.S. Department of Health & Human Svcs.**<br>**Medicare Appeals Council, MS 6127**<br>**Cohen Bldg Room G-644**<br>**330 Independence Ave., S.W.**<br>**Washington, DC 20201** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **U.S. Department of Health & Human Svcs.**<br>**General Counsel**<br>**200 Independence Avenue, S.W.**<br>**Washington, DC 20201** | Line **3.92**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Wagner, Falconer & Judd, Ltd.**<br>**100 South Fifth Street, Suite 800**<br>**Minneapolis, MN 55402** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 575,951.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 575,951.34 |

**Fill in this information to identify the case:**

Debtor name     **E-MedMart, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Website Internet Hosting Contract** | |
| State the term remaining — **August 2023** | **ARI Network Services, Inc.** |
| List the contract number of any government contract | **120 W Second St.** |
| | **Duluth, MN 55802** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Monthly Contract** | |
| State the term remaining | **Black Hills Energy** |
| List the contract number of any government contract | **PO Box 7966** |
| | **Carol Stream, IL 60197-7966** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Cancelled in November but still billing; received $250 refund.** | |
| State the term remaining | **Century Link** |
| List the contract number of any government contract | **PO Box 2956** |
| | **Phoenix, AZ 85062-2956** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Printer, Copier, Scanner Leases** | |
| State the term remaining | **Gordon Flesch Company, Inc.** |
| | **aka GFC Leasing** |
| | **PO Box 2290** |
| List the contract number of any government contract — **MAV4-8431** | **Madison, WI 53701** |

| Debtor 1 | **E-MedMart, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:#4a003d; width:60px; height:40px;"></div>

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

    **Business Associate Agreement**

State the term remaining

List the contract number of any government contract

**Independence Medical
1810 Summit Commerce Park
Twinsburg, OH 44087**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

    **McKesson Connect Contract**

State the term remaining

List the contract number of any government contract — **624683**

**McKesson Medical Supplies
6555 State Hwy 161
Irving, TX 75039**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

    **Participating Provider Agreement - Terminated April 2023
CTS Entity Agreement - Terminated April 2023**

State the term remaining

List the contract number of any government contract

**Midlands Choice
13815 DNB Pkwy, Suite 250
Omaha, NE 68154**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

    **Sleep and Home Respiratory Purchase Agreement**

State the term remaining — **3/15/2023 - 5 years**

List the contract number of any government contract

**Philips RS North America LLC
f/k/a Respironics, Inc.
6501 Living Place
Pittsburgh, PA 15206**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

    **Provider Policy**

State the term remaining

List the contract number of any government contract

**ResMed Corp.
9001 Spectrum Center Blvd.
San Diego, CA 92123**

---

Debtor 1  **E-MedMart, Inc.**                                                                Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rhythm Healthcare**<br>**3200 Tyrone Blvd N**<br>**Saint Petersburg, FL 33710** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | **cancelled 4/30/23** | |
| | List the contract number of any government contract | | **Stericycle Shred-it**<br>**28883 Network Place**<br>**Chicago, IL 60673-1288** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Contract** | |
|---|---|---|---|
| | State the term remaining | **Cancelled 4/1/23** | |
| | List the contract number of any government contract | | **The van Halem Group**<br>**PO Box 2817**<br>**Waterloo, IA 50701** |

**Fill in this information to identify the case:**

Debtor name  **E-MedMart, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Home Health Solutions, Inc.** | **909 Willson Ave. Webster City, IA 50595** | **Gordon Flesch Company, Inc.** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.2 | **Maureen Seamonds** | **2623 Timberlane Trail Webster City, IA 50595** | **Newcastle Chase LLC** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.3 | **Maureen Seamonds** | **2623 Timberlane Trail Webster City, IA 50595** | **Newcastle Properties LLC** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |
| 2.4 | **Thomas J. Chambers** | **303 Loblolly Ct. Myrtle Beach, SC 29572** | **Newcastle Chase LLC** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.5 | **Thomas J. Chambers** | **303 Loblolly Ct. Myrtle Beach, SC 29572** | **Newcastle Properties LLC** | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |

Debtor    **E-MedMart, Inc.**        Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Home Health Solutions, Inc.**    **909 Willson Ave.** **Webster City, IA 50595** | **Gordon Flesch Company, Inc.** | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |

| Fill in this information to identify the case: |
| --- |

Debtor name **E-MedMart, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $-28,761.00 |
| **For the fiscal year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $268,527.00 |
| **For the fiscal year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $324,431.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor   **E-MedMart, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Dentons Davis Brown PC** **215 10th St, Suite 1300** **Des Moines, IA 50309-3993** | 5/26/23 | $13,161.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.2. **Home Health Solutions, Inc.** **909 Willson Ave.** **Webster City, IA 50595** | 2/17/23; 3/3/23; 3/17/23; 3/31/23; 4/11/23; 4/18/23 | $8,116.04 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_**Payroll**_ |
| 3.3. **Potter and Brant, P.L.C.** **PO Box 189** **Webster City, IA 50595** | 3/10/23; 5/26/23 | $14,952.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Thomas J. Chambers** **303 Loblolly Ct.** **Myrtle Beach, SC 29572** | 5/25/23 | $34,393.72 | **Sale of 614 Division St., Webster City, IA, by Newcastle Chase LLC as source of funds to pay off Availa Bank line of credit.** |
| 4.2. **Maureen Seamonds** **2623 Timberlane Trail** **Webster City, IA 50595** | 5/25/23 | $34,393.72 | **Sale of 614 Division St., Webster City, IA, by Newcastle Chase LLC as source of funds to pay off Availa Bank line of credit.** |
| 4.3. **Thomas J. Chambers** **303 Loblolly Ct.** **Myrtle Beach, SC 29572** | 5/5/23 | $65,606.28 | **Sale of 509 1st St., Webster City, IA, by Newcastle Properties LLC as source of funds to pay down Availa Bank line of credit.** |
| 4.4. **Maureen Seamonds** **2623 Timberlane Trail** **Webster City, IA 50595** | 5/5/23 | $65,606.28 | **Sale of 509 1st St., Webster City, IA, by Newcastle Properties LLC as source of funds to pay down Availa Bank line of credit.** |
| 4.5. **Thomas J. Chambers** **303 Loblolly Ct.** **Myrtle Beach, SC 29572** | Misc. | $7,800.00 | **Interest Payments on Secured Debt (approximately) - Availa Bank, 635 First Street, Webster City, IA 50595** |

Debtor    **E-MedMart, Inc.**                                         Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.    **Maureen Seamonds 2623 Timberlane Trail Webster City, IA 50595** | **Misc.** | **$7,800.00** | **Interest Payments on Secured Debt (approximately) - Availa Bank, 635 First Street, Webster City, IA 50595** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **E-MedMart, Inc.**                                           Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dentons Davis Brown PC<br>215 10th St, Suite 1300<br>Des Moines, IA 50309-3993** |  | **2/22/23;<br>5/26/23** | **$14,161.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

| Debtor | E-MedMart, Inc. | Case number *(if known)* | |
|---|---|---|---|

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Healthcare Information related to Durable Medical Equipment sold to Patients**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | E-MedMart, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

---

Debtor    **E-MedMart, Inc.**                                            Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kristan M. Brant**<br>**Potter and Brant, P.L.C.**<br>**PO Box 189**<br>**Webster City, IA 50595** | **2021-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Kristan M. Brant**<br>**Potter and Brant, P.L.C.**<br>**PO Box 189**<br>**Webster City, IA 50595** | |
| 26c.2.   **Maureen Seamonds**<br>**2623 Timberlane Trail**<br>**Webster City, IA 50595** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.   **Availa Bank**<br>**Ryan Williams, Market President**<br>**635 First Street**<br>**Webster City, IA 50595** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐   No
   ■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Deb Nelson** | **March 2023** | **$57,918.50** |

| Name and address of the person who has possession of inventory records |
|---|
| **Maureen Seamonds**<br>**909 Willson Ave.**<br>**Webster City, IA 50595** |

| Debtor | E-MedMart, Inc. | Case number *(if known)* |
|---|---|---|

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.2. | Deb Brown | December 2022 | |

**Name and address of the person who has possession of inventory records**

Maureen Seamonds
909 Willson Ave.
Webster City, IA 50595

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas J. Chambers | 303 Loblolly Ct.<br>Myrtle Beach, SC 29572 | Vice President<br>Home Health Solutions, Inc.<br>co-owner | 49 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Maureen Seamonds | 2623 Timberlane Trail<br>Webster City, IA 50595 | President/Secretary<br>Home Health Solutions, Inc.<br>co-owner | 51 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Home Health Solutions, Inc. | 909 Willson Ave.<br>Webster City, IA 50595 | Parent of Debtor | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Home Health Solutions, Inc. | EIN:    42-1476018 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **E-MedMart, Inc.**                                                           Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2023**

**/s/ Maureen A. Seamonds**                          **Maureen A. Seamonds**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy              page **9**

Accendo Insurance Co.
151 Farmington Ave.
Hartford, CT 06156


Administrative Concepts
PO Box 4000
Collegeville, PA 19426


Aetna Coventry
601 W. 11th
Coffeyville, KS 67337


Allianz Trade in North America
Collections - Accounting
800 Red Brook Blvd.
Owings Mills, MD 21117


American Board of Certification
330 John Carlyle Street Ste. 210
Alexandria, VA 22314


American Continental
PO Box 14770
Lexington, KY 40512


American Republic
PO Box 21670
Saint Paul, MN 55121


Amerigroup
PO Box 61010
Virginia Beach, VA 23466


Anthem Blue Cross and Blue Shield
PO Box 105187
Atlanta, GA 30348

ARI Network Services, Inc.
120 W Second St.
Duluth, MN 55802


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20503-0001


Auto Owners Insurance
PO Box 740312
Cincinnati, OH 45274-0312


Auto Owners Insurance
PO Box 30315
Lansing, MI 48909-7815


Auxiant Midlands
PO Box 5809
Troy, MI 48007


Availity
5555 Gate Parkway Ste. 110
Jacksonville, FL 32256


Banker's Fidelity
PO Box 105652
Atlanta, GA 30348


BCBS of Iowa
PO Box 9232
Des Moines, IA 50306


Bird and Cronin LLC
1200 Trapp Rd.
Saint Paul, MN 55121

Black Hills Energy
PO Box 7966
Carol Stream, IL 60197-7966


Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001


Capital One Spark Business
PO Box 4069
Carol Stream, IL 60197-4069


Cardinal Health at-Home
fka RGH Enterprises, Inc.
PO Box 635864
Cincinnati, OH 45263-5864


Centene Corporation
7700 Forsyth Rd.
Saint Louis, MO 63101


Centers for Medicare & Medicaid Services
7500 Security Blvd.
Windsor Mill, MD 21244


Century Link
PO Box 2956
Phoenix, AZ 85062-2956


Cigna MCR Supplement
PO Box 26580
Austin, TX 78755


City of Webster City
400 2nd St.
PO Box 217
Webster City, IA 50595-0217

CJ Moyna & Sons
24412 1A-13
Elkader, IA 52043


Crestview Nursing and Rehab
2401 Des Moines St.
Webster City, IA 50595


Deluxe Checks and Envelopes
PO Box 4656
Carol Stream, IL 60197-4656


Dentons Davis Brown PC
215 10th St, Suite 1300
Des Moines, IA 50309-3993


Department of Health & Human Svcs.
General Counsel
200 Independence Avenue, S.W.
Washington, DC 20201


DME MAC Jurisdiction D
PO Box 6727
Fargo, ND 58108-6727


Don Seamonds
2623 Timberlane Trail
Webster City, IA 50595


EMC Insurance
PO Box 717
717 Mulberry
Des Moines, IA 50303


Euler Hermes Collections NA
800 Red Brook Blvd., Suite 400C
Owings Mills, MD 21117

Euler Hermes Collections NA
420 Montgomery
San Francisco, CA 94104


Fitzgerald Industries
1903 Tabor Avenue
Manson, IA 50563


Fredrikson & Byron, P.A.
200 S 6th St., Suite 4000
Minneapolis, MN 55402


Fredrikson & Byron, P.A.
525 Park St. Suite 225
Angora, MN 55703-2111


Gerber Life Insurance Co.
PO Box 2271
Omaha, NE 68103


Gordon Flesch Company, Inc.
aka GFC Leasing
PO Box 2290
Madison, WI 53701


Great Southern Life Ins. Co.
PO Box 10814
Clearwater, FL 33757


Hamilton County Public Health
1610 Collins, Suite One
Webster City, IA 50595


Hamilton County Sheriff Work Comp.
2300 Superior St. Ste. 8
Webster City, IA 50595

Hamilton County Treasurer's Office
2300 Superior St. #7
Webster City, IA 50595


Hawkeye Pest Control
1795 Park Circle
Clarion, IA 50525


HealthPartners
8170 33rd Ave. S
Minneapolis, MN 55425


HealthPartners Claims
PO Box 1289
Minneapolis, MN 55440-1289


Heartland National
PO Box 11903
Winston Salem, NC 27116


Home Health Solutions, Inc.
909 Willson Ave.
Webster City, IA 50595


Humana Gold Care
Attn: Claims
PO Box 8030
Farmington, MO 63640


Independence Medical
1810 Summit Commerce Park
Twinsburg, OH 44087


Inogen
600 Shiloh Rd.
Plano, TX 75074

Invacare Corporation
1 Invacare Way
Elyria, OH 44035-4190


Iowa Board of Pharmacy
400 S.W. 8th St. Ste. E
Des Moines, IA 50309-4688


Iowa Total Care
1080 Jordan Creek Pkwy, Suite 100
West Des Moines, IA 50266


Iowa Total Care
Attn: Claims
PO Box 8030
Farmington, MO 63640


J & D Computers
312 E 1st St.
Grimes, IA 50111


Julius Zorn, Inc.
3690 Zorn Drive
Cuyahoga Falls, OH 44223


Juzo
PO Box 1088
Cuyahoga Falls, OH 44223


K.C. Nielsen Ltd.
223 Herman St.
Woolstock, IA 50599


K.C. Nielsen Ltd.
400 Closz Dr.
Webster City, IA 50595

Knit-Rite, Inc.
120 Osage Avenue
Kansas City, KS 66105


KR Employment LLC
2818 NW 25th St.
Ankeny, IA 50023


Lake Court Medical Supplies
27733 Groesbeck Hwy
Roseville, MI 48066


Lake Court Medical Supplies
1400 Mark St.
Elk Grove Village, IL 60007


Lumen Work Comp
925 High Street
Des Moines, IA 50309


Maureen Seamonds
2623 Timberlane Trail
Webster City, IA 50595


Maximus Federal Services, Inc.
QIC DME Project
3750 Monroe Ave., Suite 777
Pittsford, NY 14534-1302


McKesson Medical Supplies
6555 State Hwy 161
Irving, TX 75039


McKessson Medical Supplies
6555 State Hwy 161
Irving, TX 75039

Medica
PO Box 981647
El Paso, TX 79998


Medical Assoc. Comm. Plan
1605 Associate Dr.
Dubuque, IA 52002


Medicare Aetna
PO Box 981106
El Paso, TX 79998


Medicare DMERC Region D - CEDI
PO Box 6727
Fargo, ND 58106


Medicare UHC/AARP
PO Box 30995
Salt Lake City, UT 84130


Meritain Health
1405 Xenium Ln N #140
Minneapolis, MN 55441


Midlands Choice
8420 W Dodge St. Ste. 21
Omaha, NE 68114-3459


Midlands Choice
PO Box 1289
Minneapolis, MN 55440


Midlands Choice
13815 FNB Parkway, Suite 250
Omaha, NE 68154

Midlands Choice
13815 DNB Pkwy, Suite 250
Omaha, NE 68154


Molina Healthcare
3000 Corporate Exchange Drive
Columbus, OH 43231


MyMedMartCBD, LLC
723 Seneca St.
Webster City, IA 50595


Newcastle Chase LLC
723 Seneca St.
Webster City, IA 50595-2225


Newcastle Properties LLC
723 Seneca St.
Webster City, IA 50595-2225


Noridian Healthcare Solutions, LLC
PO Box 511531
Los Angeles, CA 90051-8086


Noridian Healthcare Solutions, LLC
Attn: Overpayment Redeterminations
PO Box 6728
Fargo, ND 58108-6728


Noridian Healthcare Solutions, LLC
PO Box 6727
Fargo, ND 58108-6727


Noridian Healthcare Solutions, LLC
PO Box 6713
Fargo, ND 58108-6713

Noridian Healthcare Solutions, LLC - JD
Attn. Appeals
900 42nd. St. S
Fargo, ND 58103


Noridian JD DME
Attn. Appeals
900 42nd. St. S
PO Box 6727
Fargo, ND 58103-2119


Omaha Insurance Company
3300 Mutual Of Omaha Plaza
Omaha, NE 68175


Palmetto GBA
PO Box 100142
Columbia, SC 29202-3142


Performant Recovery, Inc.
PO Box 3568
San Angelo, TX 76902


Philips RS North America LLC
f/k/a Respironics, Inc.
6501 Living Place
Pittsburgh, PA 15206


Philips RS North America LLC
174 Tech Center Dr., Suite 200
Mount Pleasant, PA 15666


Platinum Connect
620 2nd St. Ste. 2
PO Box 665
Webster City, IA 50595

Pride Mobility Products Corp.
401 York Ave.
Duryea, PA 18642-2025


Priority Health
PO Box 269
Grand Rapids, MI 49501


Professional Solutions
14001 University Avenue
Clive, IA 50325-8258


Progressive
PO Box 6807
Cleveland, OH 44101


ResMed Corp.
9001 Spectrum Center Blvd.
San Diego, CA 92123


Rhythm Healthcare
3200 Tyrone Blvd. N
Saint Petersburg, FL 33710


Rhythm Healthcare
3200 Tyrone Blvd N
Saint Petersburg, FL 33710


Secura Insurance
PO Box 14874
Lexington, KY 40512


Selective Insurance
PO Box 782747
Philadelphia, PA 19178

Seneca Foundry Inc.
240 Mackinlay Kantor Dr.
Webster City, IA 50595


State Farm Group Medical
PO Box 339403
Greeley, CO 80633


Stein Heating & Cooling
1120 E Second St.
Webster City, IA 50595


Stericycle Shred-it
28883 Network Place
Chicago, IL 60673-1288


TeamDME!
750 Old Hickory Blvd.
Ste. 1-285
Brentwood, TN 37027-4528


The Hartford
PO Box 14170
Lexington, KY 40512


The van Halem Group
Attn: Sandra Gauron
PO Box 2817
Waterloo, IA 50701


The van Halem Group
101 Marrietta St SW, Suite 2460
Atlanta, GA 30303


The van Halem Group
1111 W San Marnan Dr.
Waterloo, IA 50701

The van Halem Group
PO Box 2817
Waterloo, IA 50701


Thomas J. Chambers
303 Loblolly Ct.
Myrtle Beach, SC 29572


Tony Jones
904 2nd St.
Webster City, IA 50595


Tricare for Life
PO Box 7890
Madison, WI 53707


Tricare Health Net
PO Box 202112
Florence, SC 29502


Tricare West
PO Box 8999
Madison, WI 53708


Trulife
2010 East High St.
Jackson, MI 49203


U.S. Department of Health & Human Svcs.
Office of Medicare Hearings and Appeals
230 N. First Avenue, Suite 302
Phoenix, AZ 85003


U.S. Department of Health & Human Svcs.
Medicare Appeals Council, MS 6127
Cohen Bldg Room G-644
330 Independence Ave., S.W.
Washington, DC 20201

U.S. Department of Health & Human Svcs.
General Counsel
200 Independence Avenue, S.W.
Washington, DC 20201


United HealthCare
PO Box 30555
Salt Lake City, UT 84130


United Medical Resources UMR
PO Box 30541
Salt Lake City, UT 84130


United World
3316 Farnam St.
Omaha, NE 68175


UPMC Comm HealthChoices
PO Box 2995
Pittsburgh, PA 15230


VA Healthcare
PO Box 30780
Tampa, FL 33604


Van Diest Supply
PO Box 21853
Saint Paul, MN 55121


Vantec LLC
205 Closz Dr.
Webster City, IA 50595


Wagner, Falconer & Judd, Ltd.
100 South Fifth Street, Suite 800
Minneapolis, MN 55402

Webster City Utilities
PO Box 217
Webster City, IA 50595-0217


Wellmark
PO Box 9232
Des Moines, IA 50306-9232

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Iowa

In re   **E-MedMart, Inc.** _____   Case No. _____
                              Debtor(s)                        Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ............................................   $   _____

Prior to the filing of this statement I have received ...................................   $   _____

Balance Due .............................................................................   $   _____

■   **RETAINER**

For legal services, I have agreed to accept and received a retainer of ............   $   **1,000.00**

The undersigned shall bill against the retainer at an hourly rate of ..............   $   **435.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
          copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   [Other provisions as needed]
          **Representation of the debtors at the meeting of creditors only.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Excludes any challenges to receive Chapter 7 relief, relief from stay, or challenges to bankruptcy filing in general.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**June  6, 2023** _____          **/s/ Julie Johnson McLean**
_Date_                                             **Julie Johnson McLean AT#0005185**
                                                   _Signature of Attorney_
                                                   **Dentons Davis Brown PC**
                                                   **215 10th Street, Suite 1300**
                                                   **Des Moines, IA 50309**
                                                   **515-288-2500  Fax: 515-243-0654**
                                                   **julie.mclean@dentons.com**
                                                   _Name of law firm_

# United States Bankruptcy Court
## Northern District of Iowa

In re    **E-MedMart, Inc.**                                    Case No. _____
                                    Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **E-MedMart, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Home Health Solutions, Inc.**
**909 Willson Ave.**
**Webster City, IA 50595**

☐ None [*Check if applicable*]

**June  6, 2023**                          **/s/ Julie Johnson McLean**
Date                                      **Julie Johnson McLean AT#0005185**
                                          Signature of Attorney or Litigant
                                          Counsel for    **E-MedMart, Inc.**
                                          **Dentons Davis Brown PC**
                                          **215 10th Street, Suite 1300**
                                          **Des Moines, IA 50309**
                                          **515-288-2500 Fax:515-243-0654**
                                          **julie.mclean@dentons.com**